```
Label Matrix for local noticing          Actuarial Estate, PLLC                    Child Support Services Division
0090-1                                   5135 MacArthur Blvd.                      Office of the Attorney General
Case 24-00059-ELG                        Suite B                                   Judiciary Square 441 4th Street, NW
United States Bankruptcy Court for the Distri   Washington, DC 20016-3315          5th Floor
Washington, D.C.                                                                   Washington, DC 20001
Wed Mar  6 23:03:34 EST 2024

D.C. Office of Tax and Revenue           D.C. Unemploy. Comp. Board                DC Unemploy. Comp. Board
Bankruptcy Division                      6th and Penna. Ave., N.W.                 609 H St., NE
1101 4th Street SW                       Washington, DC 20001-2106                 Room 3530367
Washington, DC 20024-4457                                                          Washington, DC 20002-7184


District Unemployment Compensation Board  Internal Revenue Service                 Ofc of Corp. Counsel
4058 Minnesota Ave., NE                   P.O. Box 7346                            1 Judiciary Sq.
4th Floor                                 Philadelphia, PA 19101-7346              441 4th St., N.W.
Washington, DC 20019-3540                                                          6th Fl. North, Ste 1060
                                                                                   Washington, DC 20001-2714


Office of Attorney General               Secretary of the Treasury                 Securities and Exchange Commission
Tax, Bankruptcy, and Finance             15th and Pennsylvania Aveneu, NW          Atlanta Regional Office
One Judiciary Square                     Washington, DC 20220-0001                 Office of Reorganization
441 4th Street, NW                                                                 950 East Paces Ferry Road NE, Ste. 900
6th Floor                                                                          Atlanta, GA 30326-1382
Washington, DC 20001-2714

U.S. Attorney's Office                   U.S. Environmental Protection Agency      WCP Fund I LLC
Civil Division                           US EPA Region 3                           c/o Maurice B. VertSandig, Esq.
601 D Street, NW                         Attn: Bettina Dunn, Paralegal Specialist  The VerStandig Law Firm, LLC
Washington, DC 20530-0034                Office of Regional Counsel                1452 W. Horizon Ridge Pkwy
                                         1650 Arch Street (3RC60)                  #665
                                         Philadelphia, PA 19103-2029               Henderson, NV 89012-4422

Washington, D.C.                         American Express                          DC Office of Tax Revenue
E. Barrett Prettyman U. S. Courthouse    P.O. Box 1270                             1101 4th St SW
333 Constitution Ave, NW #1225           Newark, NJ 07101-1270                     #270
Washington, DC 20001-2802                                                          Washington, DC 20024-4457


DC Water and Sewer Authority             Drazin Pardo, LLC                         Freddie Benjamin
P.O. Box 97200                           Russell S. Drazin, Esquire                1759 Lang Place, NE
Washington, DC 20090-7200                4400 Jenifer Street, NW                   Washington, DC 20002-3025
                                         Suite 2
                                         Washington, DC 20015-2089


(p)INTERNAL REVENUE SERVICE              Internal Revenue Services                 PEPCO
CENTRALIZED INSOLVENCY OPERATIONS        P O Box 7346                              P.O. Box 13608
PO BOX 7346                              Philadelphia, PA 19101-7346               Philadelphia, PA 19101-3608
PHILADELPHIA PA 19101-7346



U. S. Trustee for Region Four            WCP Fund  I, LLC                          WCP Fund I LLC
U. S. Trustee's Office                   Washington Capital Fund                   c/o The VerStandig Law Firm, LLC
1725 Duke Street                         8401 Greensboro Drive                     1452 W. Horizon Ridge Pkwy, #665
Suite 650                                Suite 960                                 Henderson, Nevada 89012-4422
Alexandria, VA 22314-3489                Mc Lean, VA 22102-5149


Washington Gas                           Carlyn Winter Prisk                       William C. Johnson Jr.
6801 Industrial Rd.                      US Environmental Protection Agency        The Johnson Law Group, LLC
Springfield, VA 22151-4205               Region III (3HS62)                        6305 Ivy Lane,
                                         1650 Arch St.                             Suite 630
                                         Philadelphia, PA 19103-2029               20770
                                                                                   Greenbelt, MD 20770-1465
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Internal Revenue Services<br>31 Hopkins Plaza<br>Baltimore, MD 21201 | End of Label Matrix<br>Mailable recipients    29<br>Bypassed recipients     0<br>Total                  29 |