



## Listing Agreement for Improved Real Property and Co-operatives

*(For use in Montgomery County, MD and Washington, DC)*

Property Address: **1702 Brentwood Rd Ne** Unit: _____

Subdivision: **PETWORTH**

Project: _____

City: **Washington** State: **Dc** Zip: **20018**

Known as Lot(s) _____ Block/Square: _____ Tax ID# **4137 0004**

Parking Space(s) # _____ Storage Unit(s) # _____

1. **SELLER** *(List all Sellers)*: **Actuarial Estate PLLC (Signor: Marcus Sands)** _____

Mailing address, if different: **1702 Brentwood Road NE, Washington, DC  20018** _____

Office Telephone: _____ Home Telephone: _____

Cell Phones: _____ / _____

Email Addresses: **msands365@gmail.com** / _____

Emergency Contact Name & Telephone *(only necessary if sole seller)*: _____

2. **BROKER: Thompson Premier Homes Group** Bright MLS Broker Code & Office ID: **TPHG1**

Office Address: **3926 12th Street NE, Washington, DC  20017**

Office Telephone: **(202)804-4724** Broker/Supervisor Manager Name: **Eboneese Thompson**

Listing Agent: **Eboneese Thompson** License #: **BR40000224**

Cell Phone: **(240)480-1616** Direct Line: _____ Email: **eboneese@tphgsellsdc.com**

3. **PURPOSE:** This agreement ("Agreement") establishes
   A. a **brokerage relationship** ("Brokerage Relationship"), an agency relationship between Seller and Broker, and
   B. a **contractual obligation** ("Contractual Obligation") between Seller and Broker, in which the Broker has the exclusive right to sell, exchange or convey the herein described property ("Property"), together with all improvements, rights and easements thereon and under the terms and conditions set forth herein.

4. **LISTING PRICE:** The Property is offered for sale at a listing price ("Listing Price") of $ **1,000,000.00** _____, or such other price as is later agreed upon by Seller in writing.

5. **LISTING PERIOD:** This Agreement commences when signed and expires at 11:59 pm on **July 31, 2024** ("Listing Period"). If a sales contract is ratified before this Agreement expires, providing for settlement beyond the Listing Period, the terms hereof shall be extended automatically until final disposition of the sales contract.

6. **ENTRY INTO MULTIPLE LISTING SERVICE:**
   MC / _____ Seller hereby authorizes Property to be entered into Active status in Bright MLS on **December 22, 2023** . or within one (1) business day of Public Marketing of Property, whichever comes first. **All listings shall be available for showing immediately upon their entry into Active status in Bright MLS.** "Public Marketing" includes, but is not limited to, displaying flyers in windows, yard signs, digital marketing on public facing websites, brokerage website displays (including internet data exchanges and virtual office websites), digital communications marketing (email blasts), multi-brokerage listing sharing networks, and applications available to the general public.

©2021 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of The Greater Capital Area Association of REALTORS®, Inc. and is for use by REALTOR® members only.
Previous editions of this form should be destroyed.

*MS* / _____   Seller hereby authorizes the use of the "Coming Soon" status in Bright MLS prior to Property becoming Active in Bright MLS in accordance with Bright MLS rules and policies. Seller and Listing Broker understand the Property may not be shown while in the "Coming Soon" status of Bright MLS. The listing may remain in "Coming Soon" status for up to 21 days.

_____ / _____   Seller **DOES NOT** authorize Broker to enter Property into Bright MLS. If Seller does not authorize Broker to enter Property in Bright MLS, Broker shall instead market Property as an Office Exclusive Listing. "Office Exclusive Listing" means any listing Seller has prohibited Broker from Public Marketing. For each Office Exclusive Listing, Broker shall have Seller sign and deliver concurrently with this Agreement a "Waiver of Broker Cooperation" form or other acceptable certification that Seller does not authorize Broker to publicly market the listing via Bright MLS or otherwise. Broker shall submit such waiver or other certification to Bright MLS within three (3) business days of execution of this Agreement.

If Seller DOES NOT authorize Broker to enter Property into Bright MLS, Seller acknowledges that by electing not to enter Property listing into Bright MLS: 1) real estate licensees from other companies and their buyer clients who have access to Bright MLS may not be aware that Seller's Property is for sale and the terms and conditions under which Seller is marketing Property; 2) Seller's Property will not be included in Bright MLS download to various real estate internet sites that are used by the public to search for property listings; and 3) any reduction in the exposure of the Property may negatively impact the sales price.

7. **BROKER'S FEE:**
   A. **Fee:** Seller agrees to pay to Broker **6.000** % of the sale price **OR** $ _____ (*strike one*) and an additional flat fee in the amount of $ _____ as Broker's Fee ("Broker's Fee"). The amount of Broker's Fee is stated in this Contract and is not prescribed by law or established by any membership organization with which the Broker is affiliated. Seller acknowledges that Broker's Fee shall be earned and payable in the event that:
      1) Seller enters into a sales contract during the listing period, with any buyer procured by Seller, listing broker, or his sales associates, or other brokers or their sales associates, or any other buyer, provided the buyer performs and settles on said contract.
      2) Further, such Broker's Fee shall be paid if the Property is sold, exchanged, conveyed, or otherwise transferred within **60** days after the expiration of the Listing Period or termination of this Agreement (the "Protection Period") to anyone to whom the Property has been shown by Broker or anyone else, including the Seller, during the Listing Period, unless a valid listing agreement is entered into during the term of said Protection Period with another licensed real estate broker.
      3) Payment of Broker's Fee is due at settlement.
      4) Should Seller fail to perform or is otherwise in default of the sales contract, or executes a release of the sales contract to which the Broker is not a party, the Broker's Fee is due no later than the agreed settlement date.
   B. **Authority to Cooperate with and Compensate Other Brokers:** Seller authorizes Broker to cooperate with other brokers as subagents of Broker ("Subagents") and/or as Brokers retained by prospective buyers to represent buyer's interests ("Buyer Agents"). Broker shall pay to Subagent's Broker, who has earned and is entitled to share in the Broker's Fee, **2.500** % of the Sales Price. Broker shall pay to any Buyer Agent's Broker who has earned and is entitled to share in the Broker's Fee **2.500** % of the sales price.
   C. **Forfeiture of Deposit:** If the earnest money deposit ("Deposit") is forfeited, or if there is an award of damages by a court or a compromise agreement between the Seller and Buyer, the Broker may accept and the Seller agrees to pay the Broker one - half of the Deposit in lieu of a Broker's Fee (provided Broker's share of any forfeited Deposit will not exceed the amount which would have otherwise been due at settlement).
   D. **Default by Buyer:** If Seller enters into a contract with a Buyer during the original Listing Period, and Buyer subsequently defaults, then the original Listing Period is extended by the number of days Property was under contract.
   E. **Attorney's Fees:** If Broker prevails in any action brought to obtain payment of the Broker's Fee, Broker shall also be entitled to recover in such action Broker's reasonable attorney's fees and court costs.

8. **AGENCY:** Maryland and Washington, DC have each adopted specific laws governing the disclosure of agency relationships and dual agency (i.e., the situation where the listing and selling agents are associated with the same broker). Seller hereby gives consent for Broker's non-assigned agent, who holds their home open, to later represent a Buyer in purchasing Seller's Property or another property. All applicable jurisdictional Agency disclosure forms have been made available to Seller who acknowledges receipt of those checked below:

| **Maryland** | **Washington, DC** |
| --- | --- |
| ☐ **Consent for Dual Agency** | ☒ **Consent for Dual Representation Designated** |
| ☐ **Dual Agency within a Team** | **Representation in the District of Columbia** |

9. **AUTHORIZATIONS:**
   A. **Sign:** Seller authorizes Broker to install a "for sale" sign on the Property, in accordance with applicable zoning ordinances and community association regulations.

©2021 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of The Greater Capital Area Association of REALTORS®, Inc. and is for use by REALTOR® members only.
Previous editions of this form should be destroyed.

Produced with Lone Wolf Transactions (zipForm Edition) 231 Shearson Cr. Cambridge, Ontario, Canada N1T 1J5   www.lwolf.com          **1702 Brentwood**

**B.** **Key and Lockbox:**

**1)** **Use:** Seller authorizes Broker to allow key-entry showings and the installation of a lock box ("Lockbox" or "Keybox") and the delivery of door access keys for use by the Greater Capital Area Association of REALTORS®, Inc. ("GCAAR") members and members of current REALTOR® Associations Signatory to the ELECTRONIC KEYBOX SERVICE AGREEMENT ("Authorized Users") to access the Property and to accompany prospective buyers, inspectors, appraisers, exterminators and other parties necessary for showings and inspecting the Property. Affiliate or non-affiliate members (i.e., inspectors, appraisers, estimators) may have access for their business purposes if permission for one day showing code is granted below.

**2)** ~~Limited Access Showing Codes:~~ Seller hereby: (*Seller to initial*): _____ / _____ **authorizes OR** _MC_ / _____ **does not authorize** use of a one day showing code. It is understood by Seller that there is a possibility that a person may use the access code in an unauthorized manner. Therefore, caution should be used with these codes as such codes will allow certain individuals to access the property without an electronic record as to their identity. The seller recognizes that it is often desirable and advantageous to Seller and may expedite the sale of their Property to have such access available.

**3)** **Leased Property:** If the Property is under lease during the Listing Period, Seller will furnish Broker with a written authorization, signed by all lessees, authorizing the use of a Lockbox and/or keys.

**4)** **Private Insurance:** Seller is advised to take all precautions for safekeeping of valuables and to maintain appropriate insurance through Seller's own insurance company.

**5)** **Liability:** Seller agrees that he, his heirs and assigns shall indemnify, save and hold harmless said Broker, his agents, and his affiliated brokers, salespeople, cooperating brokers, subagents, affiliate members with key(s) and with Lockbox access and other individuals who have use through a one day access code and the Greater Capital Area Association of REALTORS®, Inc., from any and all claims, loss or liability arising from the use of said key(s) or Lockboxes, including Broker's negligence, breach of contract or any wrong doing exclusive of gross negligence or willful misconduct. Seller assumes all risk of any loss, damage and injury, except those caused by gross negligence or willful misconduct of any party.

## 10. MARKETING/VIRTUAL OFFICE WEBSITES ("VOW"):

**A.** **Internet Marketing Options:** Certain features may be displayed on the websites of multiple listing service(s) ("MLS") participants, including:

Seller to Initial  **YES**  **NO:**
_MC_ / _____  [X]  [ ]  **1)** Seller authorizes the listed Property to be displayed on the Internet.
If Seller has selected "No" for this Option, a consumer who conducts searches for listings on the Internet will not see information about the Property in response to their search. **Initial here** _____ / _____

IF "No" was selected for Option 1, skip Options 2-4. If "Yes" was selected for Option 1, continue to Options 2-4.

_MC_ / _____  [X]  [ ]  **2)** Seller authorizes the listing address, (including house/unit numbers and street name) to be displayed on the Internet.

If Seller has selected "No" for this Option, a consumer who conducts searches for listings on the Internet will not see this particular information about the Property in response to their search. **Initial here** _____ / _____

_MC_ / _____  [X]  [ ]  **3)** Seller authorizes the display of an automated estimate of the market value of the Property (or a hyperlink to such estimate) on MLS participants' websites.

_MC_ / _____  [X]  [ ]  **4)** Seller authorizes the display of unedited comments or reviews of the Property (or display a hyperlink to such comments or reviews) on MLS participants' websites. (also known as the "Blogging Feature").

©2021 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of The Greater Capital Area Association of REALTORS®, Inc. and is for use by REALTOR® members only.
Previous editions of this form should be destroyed.

Produced with Lone Wolf Transactions (zipForm Edition) 231 Shearson Cr. Cambridge, Ontario, Canada N1T 1J5    www.lwolf.com        1702 Brentwood

**B.** During the term of this Agreement, Seller may, by written request to Broker, authorize Broker to enable or disable use of either feature as described above. Broker agrees to promptly transmit the request to the MLS. Broker cannot control if unauthorized or disabled features are displayed by others on the Internet. Seller understands and agrees that public websites determine their own content and use of data, and therefore Broker has no control over public websites and no obligation to remove any of the above content from public websites at any time. Broker is further authorized to and shall market the Property through various means including, but not limited to: installing a sign, photographing the interior and exterior of the Property and installing a lockbox. Seller authorizes Broker to market Property, including use of address and interior and exterior photographs, in media which may include, but not be limited to publications at Broker's discretion, except as otherwise limited by Seller in paragraph 10A. Seller acknowledges that Broker is bound by the bylaws, policies, procedures, rules and regulations governing Bright MLS and the Lockbox system. Seller hereby authorizes Broker to report any contract of sale with sales price and terms of sale to Bright MLS for dissemination, in accordance with rules and policies.

**11.** **INCLUSIONS/EXCLUSIONS:** Unless otherwise negotiated in the sales contract, the sales price shall include those items of personal property as described in the attached Inclusions/Exclusions Disclosure. It is recommended that this disclosure be left at the Property or placed online for prospective buyers.

**12.** **PROPERTY CONDITION AND DISCLOSURE OF MATERIAL FACTS:**
   **A.** **Legal Requirement:** Seller acknowledges that the Broker has informed Seller of Seller's obligations to provide a property condition disclosure to prospective buyers, as defined in applicable jurisdictional forms attached hereto.
   **B.** **Indemnify:** Seller agrees to indemnify, save, and hold Broker and his sales associates harmless from all claims, complaints, disputes, litigation, judgments and attorney's fees arising from any incorrect information supplied by Seller or from Seller's failure to disclose any material facts.
   **C.** **Hazardous Materials and Conditions:** There are environmental conditions and hazardous materials that could affect the Property and sale. Broker does not have the technical expertise to advise Seller of their presence. Seller may employ an expert to inspect for same. In the event Seller conducts such tests and makes reports available to Broker, Seller authorizes Broker to make said reports available to prospective buyers.
   **D.** **Amend as Applicable:** Seller agrees to amend in writing the applicable Disclosures, if any material change affecting the Property occurs during the Listing Period.

**13.** **LEAD PAINT REGULATIONS:** A SELLER WHO FAILS TO GIVE THE REQUIRED LEAD-BASED PAINT DISCLOSURE FORM AND EPA PAMPHLET ENTITLED "PROTECT YOUR FAMILY FROM LEAD IN YOUR HOME" MAY BE LIABLE UNDER THE ACT FOR THREE TIMES THE AMOUNT OF DAMAGES AND MAY BE SUBJECT TO BOTH CIVIL AND CRIMINAL PENALTIES. Seller and any agent involved in the transaction are required to retain a copy of the completed Federal Lead-Based Paint Disclosure Form for a period of three (3) years following the date of settlement.

**14.** **RENOVATION, REPAIR AND PAINTING OF PROPERTY:** In accordance with the Lead Renovation, Repair and Painting Rule ("RRP") as adopted by the Environmental Protection Agency ("the EPA"), effective April 22, 2010, if the improvements on the Property were built before 1978, contractor(s) engaged by Seller to renovate, repair or paint the Property must be certified by the EPA where such work will disturb more than six square feet of lead-based paint per room for interior projects; more than 20 square feet of lead-based paint for any exterior project; or includes window replacement or demolition ("Covered Work"). Before and during any Covered Work project, contractor(s) must comply with all requirements of the RRP.

A Seller who personally performs any Covered Work on a rental property is required to be certified by the EPA prior to performing such Covered Work. No certification is required for a Seller who personally performs Covered Work on a Seller's principal residence. However, Seller has the ultimate responsibility for the safety of Seller's family or children while performing such Covered Work. For detailed information regarding the RRP, Seller should visit http://www2.epa.gov/lead/renovation-repair-and-painting-program.

**15.** **WOOD-DESTROYING INSECTS:** Seller agrees to provide access to the Property for an inspection to determine evidence of infestation by termites and/or other wood-destroying insects. This inspection is in addition to the pre-settlement inspection and other inspections as agreed to in the sales contract. The inspection shall include the house, garage or other outbuildings and any fences abutting the house, as may be required by the sales contract. If infestation or damage exists, then prior to or at settlement, Seller agrees, at Seller's expense, to treat infestation and repair damage in accordance with the terms of the contract of sale or lender requirements. In the event Seller accepts a contract that includes VA financing, Seller agrees to reimburse Buyer for the reasonable cost of said inspection.

©2021 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of The Greater Capital Area Association of REALTORS®, Inc. and is for use by REALTOR® members only.
Previous editions of this form should be destroyed.

Produced with Lone Wolf Transactions (zipForm Edition) 231 Shearson Cr. Cambridge, Ontario, Canada N1T 1J5    www.lwolf.com            1702 Brentwood

**16. ENCUMBRANCES/LIENS/OTHER TITLE MATTERS:** Seller represents that no other person or entity owns any portion of the Property or has any ownership rights to the Property. Seller has the capacity to convey clear title and that the Property is not subject to any right to purchase, lease or acquisition by virtue of an existing option, right of first refusal or other agreement. Seller agrees not to negotiate new leases, or extend existing leases, during the Listing Period without written notification to Broker.

Seller warrants clear title and agrees to provide sufficient cash to discharge at settlement all liens and encumbrances including, but not limited to, existing deeds of trust, home equity loans, mechanic's liens, deferred transportation-related facility charges/taxes, tax judgment liens, property taxes, Co-op, Condo, HOA fees or any specific unit assessments. Seller shall comply with all orders, requirements, or notices of violations of any county or local authority, condominium unit owners' association, homeowner's or property owners' association or actions in any court on account thereof, against or affecting the Property on the date of settlement. Title is to be good and marketable, and insurable by a licensed title insurance company with no additional risk premium. In case action is required to perfect the title, such action must be taken promptly by the Seller at the Sellers' expense. Seller shall convey the Property by special warranty deed. Seller shall sign such affidavits, lien waivers, tax certifications and other documents as may be required by the lender, title insurance company, settlement agent, or government authority, and authorizes the settlement agent designated in the Contract to obtain pay-off or assumption information from any existing lender(s) and/or lien holder(s).

Seller discloses to Broker that the following are the only existing liens/encumbrances against the Property and existing matters that could affect the title to the Property, and further agrees to disclose any new liens or matters which arise during the Listing Period:

**Check any/all that apply:**

☐ **A)** The Property is owned free and clear of any liens/loans or equity lines of credit. Please note that a lien may still exist if there is an equity line of credit even if the Seller has no current balance on the equity line. **If checked, skip to F.**

☒ **B)** The Property is security for a **first mortgage** or Deed of Trust loan, held by (Lender or Servicer's Name): __**Washington Capital Properties**__ with an approximate balance of $ __1,000,000.00__ .

☐ **C)** The Property is security for a **second mortgage** or Deed of Trust loan, held by (Lender or Servicer's Name): _____ with an approximate balance of $ _____ .

☐ **D)** The Property is security for a **line of credit** or home equity line of credit, held by (Lender or Servicer's Name): _____ with an approximate balance of $ _____ .

☒ **E)** The Seller is in **default** on any of the loans identified in numbered items B, C, and D above for which the Seller has received notices of such default(s), notice of threatened foreclosure or notice of the actual filing of foreclosure.

☐ **F)** This transaction could result in a **short sale** (in which sale proceeds may not cover all outstanding loans/liens plus transaction costs). If yes, the **GCAAR Short Sale Addendum to Listing Contract must be attached.**

☐ **G)** There are **liens** filed or secured against the Property for Federal, State or local income taxes; unpaid real property taxes; or unpaid Co-operative, Condominium or Homeowners' Association fees/assessments; or utility liens.

☒ **H)** There are **judgements** against Seller (including each Seller jointly held property) or the Seller has knowledge of any matter that might result in a judgement that may potentially affect the Property.

☐ **I)** The Seller has filed for **bankruptcy** protection under United States law, or the Seller is contemplating doing so during the term of this Listing Agreement. Seller expressly authorizes Broker to contact bankruptcy attorney to determine the impact of such filing including, but not limited to, if Seller has the authority to enter into this Listing Agreement, if this Listing Agreement must be approved by the Bankruptcy Court, and if any future sales contract requires Bankruptcy Court approval. Seller must immediately notify Broker if Seller files during the term of this Listing Agreement.

☐ **J)** The Property subject to an **estate.**

☐ **K)** There is a **deceased co-owner**; a death certificate will be required at settlement.

☐ **L)** There is a pending **divorce** proceeding; attached is a copy of any Separation Agreement.

☐ **M)** There are any **other legal proceedings** pending that could result in a judgment against the Seller or affect the Property, such as: _____

☐ **N)** Any Seller is a **foreign person for purposes of U.S. income taxation.** See Paragraph 21.B.

**During the term of the Listing Agreement, should any change occur with respect to any of the answers to items A-N above, Seller shall IMMEDIATELY give written Notice to Broker and Listing Agent of such change(s).**

©2021 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of The Greater Capital Area Association of REALTORS®, Inc. and is for use by REALTOR® members only.
Previous editions of this form should be destroyed.

Produced with Lone Wolf Transactions (zipForm Edition) 231 Shearson Cr. Cambridge, Ontario, Canada N1T 1J5    www.lwolf.com    1702 Brentwood

**17. OWNERSHIP WITH ASSESSMENTS:**
The Property is a member of the following association(s), and applicable addenda relative to each is hereby attached:

☐ **Condominium**        ☐ **Co-operative**        ☐ **Homeowners Association (HOA)**

**18. SMOKE DETECTOR AND CARBON MONOXIDE DETECTOR REQUIREMENTS:** Seller shall have smoke detectors and carbon monoxide detectors installed and operational in accordance with the requirements of the jurisdiction in which the Property is located prior to settlement.

**19. FAIR HOUSING LAWS:** In compliance with federal fair housing regulations, the Property shall be made available to all persons without regard to race, color, religion, national origin, sex, physical or mental handicaps or familial status. Additional protected classes exist for the District of Columbia, the State of Maryland and some local jurisdictions.

**20. CLOSING COSTS:** Seller acknowledges that Buyers have the right to select the title insurance company, settlement or escrow company or title attorney. Seller agrees to pay settlement costs including, but not limited to, the release of liens or encumbrances against the Property, deed preparation, other legal document preparation, courier/delivery charges, reasonable settlement fees, and, in addition, transfer and recordation taxes and any other costs agreed upon in the sales contract.

**21. FEDERAL TAX REPORTING/WITHHOLDING:**
    **A.** **1099 Reporting:** Section 1445 of the Internal Revenue Code may require the settlement agent to report the gross sales price, Seller's federal tax identification number and other required information to the IRS. Seller will provide to the settlement agent such information at the time of settlement.
    **B.** **Foreign Investment Real Property Tax Act Withholding ("FIRPTA"):** If Seller is a foreign person for purposes of U.S. income taxation, the IRS requires that a percentage of the sales price be withheld from Seller's proceeds at the time of settlement: those funds are to be applied towards the payment of any capital gains tax that might be due. A foreign person includes, but is not limited to; non-resident aliens, foreign corporations, foreign partnerships, foreign trusts or foreign estates ("Foreign Person"). Sellers are advised to seek legal and/or financial advice concerning these matters. If Seller is not a Foreign Person, Seller shall execute an affidavit to this effect at the time of settlement.

**22. GENERAL PROVISIONS:**
    **A.** **Laws and Regulations:** Seller acknowledges that Broker must comply with federal, state and local laws and regulations as well as real estate licensing laws and regulations of either the District of Columbia or the State of Maryland.
    **B.** **Competing Properties:** Seller understands that Broker may have or obtain listings of other similar properties and that potential buyers may consider, make offers on, or purchase through Broker properties that are similar to Seller's Property. Seller consents to Broker's representation of Sellers and Buyers of other similar properties before, during and after the expiration of this Agreement.
    **C.** **Subsequent Offers:** Upon receipt by Broker of a ratified contract of sale pursuant to this Listing Agreement, Broker shall have no further obligation hereunder to procure any additional purchase offers.
    **D.** **Delivery:** Delivery or Delivered means hand carried, sent by overnight delivery service, sent by wired or electronic medium which produces a tangible record of the transmission (such as "fax", email which includes an attachment with an actual copy of the executed instruments being transmitted, or U.S. Postal mailing.) In the event of overnight delivery service, Delivery will be deemed to have been made on the next business day following the sending, unless earlier receipt is acknowledged in writing. In the event of U.S. Postal mailing, Delivery will be deemed to have been made on the third business day following the mailing, unless earlier receipt is acknowledged in writing.
    **E.** **Notice:** This Agreement shall be deemed enforceable when it and all addenda and any modifications thereto have been signed and initialed where required by Seller and Broker (or Supervising Manager), and Delivered to the other party.
    **F.** **Paragraph Headings:** The Paragraph headings in this Agreement are for reference and convenience only, and do not define or limit the intent, rights or obligations of the parties.
    **G.** **Definitions:** The singular shall include the plural, the plural the singular, and the use of either gender shall include the other gender.
    **H.** **"Buyer"** means "purchaser" and vice versa.

©2021 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of The Greater Capital Area Association of REALTORS®, Inc. and is for use by REALTOR® members only.
Previous editions of this form should be destroyed.

**23. <u>AUTHORITY TO DISCLOSE EXISTING OFFERS</u>:** Seller is advised that prospective buyers or cooperating brokers may inquire of Broker or Broker's agents the existence of other offers for the purchase of the Property. Disclosure of other offers could result in the buyer making the highest and best offer as promptly as possible or such disclosure could result in the interested buyer electing not to make an offer. Seller hereby ☒ **authorizes OR** ☐ **does not authorize** the Broker to disclose the existence of other offers on the Property in response to inquiries from buyers or cooperating brokers. Such disclosure may include the source of offers (the listing licensee, another licensee in the listing firm, or a cooperating broker).

**24. <u>HOMEOWNER WARRANTY</u>:**
Seller ☐ **does OR** ☒ **does not** elect to purchase a homeowner warranty, which may be in effect during the Listing Period and may transfer to the buyer upon settlement. Seller should review the scope of coverage, exclusions and limitations.

Cost not to exceed $ _____ Warranty provider to be _____

**25. <u>BINDING AGREEMENT</u>:**
  **A.** This Agreement contains the entire legally binding Agreement between Seller and Broker and cannot be changed except with written consent of all parties. Any prior discussion between the parties concerning this subject matter is superseded by this Agreement.
  **B.** This Agreement shall survive execution and delivery of the deed and shall not be merged therein. If this Agreement is signed by more than one person, it shall constitute the joint and several obligations of each party. Further, this Agreement is binding upon the parties, their personal representatives, successors, heirs and assigns.
  **C.** This Agreement shall be interpreted and construed in accordance with the laws of the jurisdiction where the Property is located.
  **D.** Seller hereby acknowledges that he has read and understands this Agreement, understands he may seek legal advice prior to signing it, and acknowledges that all information provided to Broker by Seller is true and correct to the best of Seller's knowledge. Seller hereby acknowledges receipt of a copy of this legally binding Agreement and agrees to be bound by its terms and conditions.

**26. <u>TERMINATION</u>:**
  **A. DC Properties:** This Agreement may be terminated prior to the end of the Listing Period only by mutual written agreement of the parties.
  **B. Montgomery County Properties:** See required Jurisdictional Addendum to the Listing Agreement.

**27. <u>ADDITIONAL TERMS</u>:**

_____
_____
_____
_____
_____

| | | | |
|---|---|---|---|
| *Marcus Sands* | 12/28/2023 | By: *Eboneese Thompson* | 12/23/23 |
| Seller | Date | Broker/Supervisor Manager | Date |
| **Actuarial Estate PLLC (Signor: Marcus Sands)** | | **Eboneese Thompson** | |
| | | *Eboneese Thompson* | 12/23/2023 |
| Seller | Date | Listing Agent | Date |
| | | **Eboneese Thompson** | |

**NOTE: If any party is signing for another as a fiduciary, attach appropriate Power of Attorney, Letter of Administration, or other authorization as applicable. An original document will be required for settlement.**

©2021 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of The Greater Capital Area Association of REALTORS®, Inc. and is for use by REALTOR® members only.
Previous editions of this form should be destroyed.

Produced with Lone Wolf Transactions (zipForm Edition) 231 Shearson Cr. Cambridge, Ontario, Canada N1T 1J5   www.lwolf.com    **1702 Brentwood**





# Jurisdictional Disclosure and Addendum to the Sales Contract for District of Columbia
### *(Required for the Listing Agreement and required for the GCAAR Sales Contract)*

The Contract of Sale dated _____, between _____
_____ Buyer and **Actuarial Estate PLLC (Signor: Marcus Sands)** _____ (Seller)
for the purchase of the real property located at Address _____ **1702 Brentwood Rd Ne** _____
Unit # _____ City **Washington** State **Dc** Zip Code **20018** , Parking Space(s) # _____
Storage Unit # _____ with the legal description of Lot _____ Block/Square _____
Section _____ Subdivision/Project Name _____ **PETWORTH** Tax Account # _____

is hereby amended by the incorporation of this Addendum, which shall supersede any provisions to the contrary in this contract.

## PART I. SELLER DISCLOSURE - AT TIME OF LISTING:
The information contained in this Disclosure was completed by Seller, is based on the Seller's actual knowledge and belief, and is current as of the date hereof.

1. **SELLER DISCLOSURE:** Pursuant to D.C. Code §42-1301, Seller is exempt from property condition disclosure.
☐ Yes    ☒ No

2. **HERITAGE TREES:** Pursuant to DC Code § 8-651.02(3A), a heritage tree is a tree with a circumference of 100 inches or more. Pursuant to D.C. Code § 8-651.04a there are restrictions, penalties and/or fines that may be levied for removal of Heritage Trees. Seller discloses there ☐ IS, OR ☒ IS NOT, a Heritage Tree, or trees, on the property.

3. **TENANCY:** Seller represents that property ☐ is/was OR ☒ is not/was not subject to an existing residential lease or tenancy at the time Seller decided to sell. District of Columbia broadly defines a tenant as "a tenant, subtenant, lessee, sublessee, or other person entitled to the possession, occupancy, or the benefits of any rental unit within a housing accommodation." If applicable, the following required Addendum shall be incorporated into the Contract.
☐ Tenancy Addendum for District of Columbia (Single-Family Accommodation)
☐ Tenancy Addendum for District of Columbia (2 to 4 Rental Units)
☐ Multi-Unit or Non-Residential Addendum

4. **CONDOMINIUM/CO-OPERATIVE/HOMEOWNERS ASSOCIATION:** Seller represents that this Property ☐ is OR ☒ is not subject to a condominium, co-operative or homeowners association. If applicable, the following required addendum is attached:
☐ Condominium Seller Disclosure/Resale Addendum for District of Columbia,
☐ Co-operative Seller Disclosure/Resale Addendum for Maryland and District of Columbia, or HOA
☐ Seller Disclosure/Resale Addendum for District of Columbia

5. **UNDERGROUND STORAGE TANK DISCLOSURE: (Applicable to single family home sales only)**
In accordance with the requirements of the District of Columbia Underground Storage Tank Management Act of 1990 [D.C. Code §8-113.02(g)], as amended by the District of Columbia Underground Storage Tank Management Act of 1990 Amendment Act of 1992 (the "Act") and the regulations adopted thereunder by the District of Columbia (the "Regulations"), Seller hereby informs Buyer that Seller has no knowledge of the existence or removal during Seller's ownership of the Property of any underground storage tanks as that term is defined in the Act and the Regulations, except as follows: **Unknown** _____
_____.

6. **PROPERTY TAXES:** Future property taxes may change. To determine the applicable rate, see
https://www.taxpayerservicecenter.org/RP_Search.jsp?search_type=Assessment . Additional information regarding property tax relief and tax credit information (tax reductions for seniors, homestead exemptions, property tax abatements and others) can be found at:
http://otr.cfo.dc.gov/page/real-property-tax-credits-frequently-asked-questions-faqs .

*Marcus Sands* _____ 12/28/2023 _____    _____
Seller                                    Date    Seller                                    Date
**Actuarial Estate PLLC (Signor: Marcus Sands)**

©2023 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is property of the Greater Capital Area Association of REALTORS®, Inc. and is for use by members only.
Previous editions of this Form should be destroyed.

## PART II. RESALE ADDENDUM

The Contract of Sale dated _____ , between Seller _____ **Actuarial Estate PLLC (Signor: Marcus Sands),** _____
and Buyer _____ is hereby amended by the incorporation of
Parts I and II herein, which shall supersede any provisions to the contrary in the Contract.

**1.    SELLER DISCLOSURE:** Pursuant to D.C. Code §42-1302, prior to the submission of the offer, Buyer is entitled to a
Seller's Disclosure Statement (if Seller is not exempt) and hereby acknowledges receipt of same. ☐ Yes ☐ No ☐ **Not applicable**

**2.    RECORDATION AND TRANSFER TAXES:** Rates vary with the sales price and based on property type. See
http://otr.cfo.dc.gov/service/recorder-deeds-frequently-asked-questions-faqs.    In    limited    circumstances,    an    exemption    from
Recordation Tax may be available to Buyer, if Buyer meets the requirements for the Lower Income Home Ownership Exemption
Program ("Tax Abatement Program"). See below for additional information. Unless otherwise negotiated, the following will apply:

   **A.    Real Property:** Recordation Tax will be paid by Buyer and Transfer Tax will be paid by Seller.
   **B.    Co-operatives:** The Economic Interest Deed Recordation Tax will be split equally between Buyer and Seller. There is
   no Transfer Tax for Co-operatives.
   **C.    Tax Abatement Program:** Additional information (including the required Application Form) for the Tax Abatement
   Program can be obtained at: http://otr.cfo.dc.gov/sites/default/files/dc/sites/otr/publication/
   attachments/sharp%40dc.gov_20140909_110358.pdf.    If    Buyer    meets    the    requirements    of    this    program,    Buyer
   will    be    exempt    from    Recordation    Tax.    Additionally,    Seller    shall    credit    Buyer    an    amount    equal    to    what    would
   normally    be    paid    to    the    District    of    Columbia    as    Seller's    Transfer    Tax    to    be    applied    towards    Buyer's    settlement
   costs.    This    credit    shall    be    in    addition    to    any    other    amount(s)    Seller    has    agreed    to    pay    under    the    provisions    of    this
   Contract.    It    is    Buyer's    responsibility    to    confirm    with    Lender,    if    applicable,    that    the    entire    credit    provided    for
   herein    may    be    utilized.    If    Lender    prohibits    Seller    from    payment    of    any    portion    of    this    credit,    then    said    credit    shall
   be reduced to the amount allowed by Lender.
   Buyer ☐ is OR ☐ **is not** applying for the Tax Abatement Program.
   **D.    First-Time Homebuyer Recordation Tax Credit:** Buyer ☐ **is** OR ☐ **is not** a District of Columbia First-Time
   Homebuyer and may be eligible for a reduced recordation tax. It is the Buyer's responsibility to confirm their eligibility (See
   https://otr.cfo.dc.gov/node/1272871).

**3.**    The principals to the Contract mutually agree that the provisions hereof shall survive the execution and delivery of the Deed
and shall not be merged herein.

_____    Date    _____    Date
Seller *(sign only after Buyer)*        Buyer

_____    Date    _____    Date
Seller *(sign only after Buyer)*        Buyer

©2023 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is property of the Greater Capital Area Association of REALTORS®, Inc. and is for use by members only.
Previous editions of this Form should be destroyed.

Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX  75201    www.lwolf.com        **1702 Brentwood**

## Seller's Disclosure Statement

### Instructions

**These Instructions are to assist the Seller in completing the required Seller's Disclosure Statement in order to comply with the District of Columbia Residential Real Property Seller Disclosure Act.**

1. **Who must complete the Seller's Disclosure Statement?**
   The Seller must complete the Statement him or herself (not the broker, management company, condominium association, cooperative association, or homeowners association).

2. **The Seller must provide the Seller's Disclosure Statement to the Purchaser for the following transactions:**
   The Act applies to the following types of transfers or sales of District of Columbia real estate:
   a. Where the property consists of one to four residential dwelling units, and,
   b. The transactions a sale, exchange, installment land contract, lease with an option to purchase, or any other option to purchase, and,
   c. The purchaser expresses, In writing, an interest to reside in the property to be transferred.

3. **The Seller does not need to complete the Seller's Disclosure Statement for the following transactions:**
   a. Court ordered transfers;
   b. Transfers to a mortgagee by a mortgagor in default;
   c. Transfers by sale under a power of sale in a deed of trust or mortgage or any foreclosure sale under a decree of foreclosure or deed in lieu of foreclosures;
   d. Transfers by a non-occupant fiduciary administering a decedent's estate, guardianship, conservatorship or trust;
   e. Transfers between co-tenants;
   f. Transfers made to the transferor's spouse, parent, grandparent, child, grandchild or sibling (or any combinations of the foregoing);
   g. Transfer between spouses under a divorce judgment incidental to such a judgment;
   h. Transfers or exchanges to or from any governmental entity; and
   i. Transfers made by a person of newly constructed residential property that has not been inhabited.

4. **When does the Seller's Disclosure Statement have to be provided to the Purchaser?**
   In a sale, before or at the time the prospective transferee executes a purchase agreement with the transferor. In an installment sales contract (where a binding purchase contract has not been executed), or in the case of a lease with no option to purchase, before or at the time the prospective transferee executes the installment sales contractor lease with the transferor.

5. **What information must the Seller disclose?**
   Answer ALL questions on the Seller's Disclosure Statement. If some items do not apply to your property, check "N/A" (not applicable). If you do not know the facts, check "UNKNOWN". Report actually known conditions referred to in the questions. Each disclosure must be made in "good faith" (honesty in fact in the making of the disclosure). Attach additional pages with your signature if additional space is required.

   The Seller of a condominium unit, cooperative unit, or a lot in a homeowners association, is to provide information only as to the Seller's unit or lot, and not as to any common elements, common areas or other areas outside of the unit or lot.

6. **What is the remedy if the Seller does not provide the Seller's Disclosure Statement to the Transferee?**
   If the Seller's Disclosure Statement is delivered after the purchaser executes the purchase agreement, installment sales contract or lease with an option to purchase, the purchaser may terminate the transaction by written notice to the seller not more than five (5) calendar days after receipt of the Seller's Disclosure Statement by the purchaser, and the deposit must be returned to the purchaser. The right to terminate is waived if not exercised before the earliest of:
   a. the making of an application for a mortgage loan (if the lender discloses that the right to rescind terminates on submission of the application); or
   b. settlement or date of occupancy in the case of a sale; or
   c. occupancy in the case of a lease with an option to purchase.

7. **If the Seller finds out different information after providing the Seller's Disclosure Statement to the Purchaser, how does this impact a ratified contract?**
   If information becomes inaccurate after delivery of the disclosure form, the in accuracy shall not be grounds for terminating the transaction.

8. **How must a Seller deliver the Seller's Disclosure Statement to the Transferee?**
   The Seller's Disclosure Statement must be delivered by personal delivery, facsimile delivery, or by registered mail to the transferee. Execution by the transfer or of a facsimile is considered execution of the original.

## SELLER'S PROPERTY CONDITION STATEMENT
### For Washington, DC

**Purpose of Statement:** This Statement is a disclosure by the Seller of the defects or information actually known by the Seller concerning the property, in compliance with the District of Columbia Residential Real Property Seller Disclosure Act. Unless otherwise advised, the Seller does not possess an expertise in construction, architecture, engineering, or any other specific  area related to the construction of the improvements on the property or the land. Also, unless otherwise advised, the Seller has not conducted any inspection of generally inaccessible areas such as the foundation or roof. THIS STATEMENTIS NOT A WARRANTY OF ANY KIND BY THE SELLER OR BY ANY AGENT REPRESENTING THE SELLER IN THIS TRANSACTION, AND IS NOT A SUBSTITUTE FOR ANY INSPECTIONS OR WARRANTIES THE BUYER MAY WISH TO OBTAIN.

**Seller Disclosure:** The Seller discloses the following information with the knowledge that, even though this is not a warranty, the Seller specifically makes the following statements based on the seller's actual knowledge at the signing of this document. Upon receiving this statement from the Seller, the Seller's agent is required to provide a copy to the Buyer or the agent of the Buyer. The Seller authorizes its agent (s) to provide a copy of this statement to any prospective buyer or agent of such prospective buyer in connection with any actual or anticipated sale of property. The following are statements made solely by the Seller and are not the statements of the Seller's agent (s), if any. This information is a disclosure only and is not intended to be a part of any contract between Buyer and Seller.

| The seller(s) completing this disclosure statement have owned the property from: | | To: | |
|---|---|---|---|
| The seller(s) completing this disclosure have occupied the residence from: | | To: | |

        1702 Brentwood Rd Ne
**Property Address: Washington, Dc  20018**

**The property is included in:**     ☐ **Condominium Association**     ☐ **Cooperative**     ☐ **Homeowners association with mandatory participation and fee**

*If this is a sale of a condominium unit or cooperative unit, or in a homeowners association, this disclosure form provides information only as to the unit (as defined in the governing documents of the association) or lot (as defined in the covenants applicable to the lot), and not as to any common elements, common areas or other areas outside of the unit or lot.*

## A. Structural Conditions

| | |
|---|---|
| **1. Roof** | ☐ Roof is a common element maintained by condominium or cooperative<br>(if you check this box, no further roof disclosure required; go to section B)<br><br>Age of Roof:  ☐ 0-5 years   ☐ 5-10 years   ☐ 10-15 years   ☐ 15+years   ☐ Unknown<br><br>Does the seller have actual knowledge of any current leaks or evidence of moisture from roof? ☐ Yes   ☐ No<br><br>*If yes, please provide comments:*<br><br>Does the seller have actual knowledge of any existing fire retardant treated plywood?   ☐ Yes   ☐ No<br><br>*If yes, please provide comments:* |

| | |
|---|---|
| **2. Fireplace/<br>Chimney(s)** | Does the seller have actual knowledge of any defects in the working order of the fire places?<br>☐ Yes            ☐ No                              ☐ No Fireplace(s)<br>*If yes, please provide comments:*<br>Does the seller know when the chimney(s) and/or flue were last inspected and/or serviced?<br>☐ Yes            ☐ No                              ☐ No chimneys or flues<br>*If yes, when were they last serviced or inspected?* |

| | |
|---|---|
| **3. Basement** | Does the seller have actual knowledge of any current leaks or evidence of moisture in the basement?<br>☐ Yes            ☐ No                     ☐ Not Applicable<br>*If yes, please provide comments:*<br>Does the seller have actual knowledge of any structural defects in the foundation?<br>☐ Yes            ☐ No                     ☐ Not Applicable<br>*If yes, please provide comments:* |

Produced with zipForm® by zipLogix  18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com                **1702 Brentwood**

Authentisign ID: 6CBEABB...

| 4. Walls and Floors | Does the seller have actual knowledge of any structural defects in walls or floors? ☐ Yes ☐ No <br> If yes, please provide comments: |
|---|---|
| 5. Insulation | Does the seller have actual knowledge of presence of urea formaldehyde foam insulation? ☐ Yes ☐ No <br> If yes, please provide comments: |
| 6. Windows | Does the seller have actual knowledge of any windows not in normal working order? ☐ Yes ☐ No <br> If yes, please provide comments: |

## B. Operating Condition of Property Systems

| 1. Heating System | ☐ Heating system is a common element maintained by condominium or cooperative <br> (if you check this box, no further disclosure on heating system required; go to section B.1.) |
|---|---|
| | Type of System:  ☐ Forced Air      ☐ Radiator      ☐ Heat Pump      ☐ Electric baseboard      ☐ Other |
| | Heating Fuel  ☐ Natural Gas      ☐ Electric      ☐ Oil      ☐ Other |
| | Age of system  ☐ 0-5 years      ☐ 5-10 years      ☐ 10-15 years ☐ Unknown |
| | Does the heating system include a humidifier?      ☐ Yes      ☐ No      ☐ Unknown |
| | Does the heating system include an electronic air filter?      ☐ Yes      ☐ No      ☐ Unknown |
| | Does the seller have actual knowledge that heat is not supplied to any finished rooms?      ☐ Yes      ☐ No <br><br> If yes, please provide comments: |
| | Does the seller have actual knowledge of any defects in the heating system?      ☐ Yes      ☐ No <br><br> If yes, please provide comments: |
| | If installed, does the seller have actual knowledge of any defects with the humidifier and electronic filter? <br> ☐ Yes                    ☐ No                              ☐ Not Applicable <br> If yes, please provide comments: |

| 2. Air Conditioning System | ☐ Air conditioning is a common element maintained by condominium or cooperative <br> (if you check this box, no further disclosure on the sir conditioning system is required; go to section B.3.) |
|---|---|
| | Type of system:  ☐ Central AC      ☐ Heat Pump      ☐ Window/wall units      ☐ Other      ☐ Not Applicable |
| | AC Fuel:  ☐ Natural Gas      ☐ Electric      ☐ Oil      ☐ Other |
| | Age of System:  ☐ 0-5 years      ☐ 5-10 years      ☐ 10-15 years      ☐ Unknown |
| | Does the heating system include a humidifier?      ☐ Yes      ☐ No      ☐ Unknown |
| | Does the heating system include an electronic air filter?      ☐ Yes      ☐ No      ☐ Unknown |
| | If central AC, does the seller have actual knowledge that cooling is not supplied to any finished rooms? <br> ☐ Yes                    ☐ No                              ☐ Not Applicable <br> If yes, please provide comments: |
| | Does the seller have actual knowledge of any problems or defects in the cooling system? <br> ☐ Yes                    ☐ No                              ☐ Not Applicable <br> If yes, please provide comments: |

Produced with zipForm® by zipLogix  18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com               1702 Brentwood

Authentisign ID: 6CBEABBF-33A1-EE11-9825-6045BD0F8101

| | | |
|---|---|---|
| **3. Plumbing System** | **Type of material:** (check all that apply) ☐ Copper  ☐ Lead  ☐ Galvanized iron  ☐ Brass  ☐ PVC  ☐ Plastic polybutelene  ☐ Unknown | |
| | **Water Supply:** ☐ Public  ☐ Well | |
| | **Sewage Disposal Treatment:** ☐ Public  ☐ Septic tank  ☐ Cesspool  ☐ Onsite treatment | |
| | **Water Heater Fuel:** ☐ Natural Gas  ☐ Electric  ☐ Oil  ☐ Other | |
| | Does the seller have actual knowledge of any defects with the plumbing system?  ☐ Yes  ☐ No  *If yes, please provide comments:* | |

| | | |
|---|---|---|
| **4. Water System** | Does the seller have actual knowledge of the results of any lead tests conducted on the water supply of the property?  ☐ Yes  ☐ No  *If yes, please test results:* | |
| | Does the seller have actual knowledge that the property has been included on the DC Water service line map website (https://www.dcwater.com/leadmap, as of August 2019) as a property with a lead water service line on the private property or in public space?  ☐ Yes  ☐ No  *If yes, please provide comments:* | |
| | Does the seller have actual knowledge of any lead-bearing plumbing, including the water service line servicing the property?  ☐ Yes, there is a lead service line servicing the property  ☐ Yes, there is lead bearing plumbing on the property  ☐ No  *Comments:* | |
| | If there is a lead service line servicing the property, does the seller have actual knowledge that any portion of the lead water service line has been replaced? (Note: This applies to portions of the service line on private property and in public space).  ☐ Yes  ☐ No  ☐ Not applicable  *If yes, please provide date(s) of replacement(s):* | |

| | | |
|---|---|---|
| **5. Electrical System** | Does the seller have actual knowledge of any defects in the electrical system, including the electrical fuses, circuit breakers, outlets, or wiring?  ☐ Yes  ☐ No  *If yes, please test results:* | |

Authentisign ID: 6CBEABBF-...

## C. Appliances and Fixtures

Does the seller have actual knowledge of any defects with the following appliances?

| | | | |
|---|---|---|---|
| Range/Oven | ☐ Yes | ☐ No | ☐ Not Applicable |
| Dishwasher | ☐ Yes | ☐ No | ☐ Not Applicable |
| Refrigerator | ☐ Yes | ☐ No | ☐ Not Applicable |
| Rangehood/fan | ☐ Yes | ☐ No | ☐ Not Applicable |
| Microwave oven | ☐ Yes | ☐ No | ☐ Not Applicable |
| Garbage Disposal | ☐ Yes | ☐ No | ☐ Not Applicable |
| Sump Pump | ☐ Yes | ☐ No | ☐ Not Applicable |
| Trash compactor | ☐ Yes | ☐ No | ☐ Not Applicable |
| TV antenna/controls | ☐ Yes | ☐ No | ☐ Not Applicable |
| Central vacuum | ☐ Yes | ☐ No | ☐ Not Applicable |
| Ceiling fan | ☐ Yes | ☐ No | ☐ Not Applicable |
| Attic fan | ☐ Yes | ☐ No | ☐ Not Applicable |
| Sauna/Hot tub | ☐ Yes | ☐ No | ☐ Not Applicable |
| Pool heater & equip | ☐ Yes | ☐ No | ☐ Not Applicable |
| Security System | ☐ Yes | ☐ No | ☐ Not Applicable |
| Intercom System | ☐ Yes | ☐ No | ☐ Not Applicable |
| Garage door opener | ☐ Yes | ☐ No | ☐ Not Applicable |
| & remote controls | ☐ Yes | ☐ No | ☐ Not Applicable |
| Lawn sprinkler system | ☐ Yes | ☐ No | ☐ Not Applicable |
| Water treatment system | ☐ Yes | ☐ No | ☐ Not Applicable |
| Smoke Detectors | ☐ Yes | ☐ No | ☐ Not Applicable |
| Carbon Monoxide detectors | ☐ Yes | ☐ No | ☐ Not Applicable |
| Other Fixtures or Appliances | ☐ Yes | ☐ No | ☐ Not Applicable |

*If yes to any of the above, please describe the defects:*

## D. Exterior/Environmental Issues

| 1. Exterior Drainage | Does the seller have actual knowledge of any problem with drainage on the property? | ☐ Yes | ☐ No |
|---|---|---|---|
| | *If yes, please provide comments:* | | |

| 2. Damage to Property | Does the seller have actual knowledge whether the property has previously been damaged by: | | |
|---|---|---|---|
| | Fire: ☐ Yes ☐ No | | |
| | Wind: ☐ Yes ☐ No | | |
| | Flooding: ☐ Yes ☐ No | | |
| | *If yes, please provide comments:* | | |

| 3. Wood destroying insects or rodents? | Does the seller have actual knowledge of any infestation or treatment for infestations? | ☐ Yes | ☐ No |
|---|---|---|---|
| | *If yes, please provide comments:* | | |
| | Does the seller have actual knowledge of any prior damage or repairs due to a previous infestation? | ☐ Yes | ☐ No |
| | *If yes, please provide comments:* | | |

| | | | |
|---|---|---|---|
| | Does the seller have actual knowledge of any problem with drainage on the property? | ☐ Yes | ☐ No |
| | *If yes, please provide comments:* | | |
| | Does the seller have actual knowledge of any substances, materials or environmental hazards (including but not limited to asbestos, radon gas, lead based paint, underground storage tanks, formaldehyde, contaminated soil, or other contamination) | ☐ Yes | ☐ No |
| | *If yes, please provide comments:* | | |
| | Does the seller have actual knowledge of any zoning violations, nonconforming uses, violation of building restrictions or setback requirements, or any recorded or unrecorded easement, except for utilities, on or affecting the property? | ☐ Yes | ☐ No |
| | *If yes, please provide comments:* | | |
| **4. Other Issues** | Does the seller have actual knowledge that this property is a D.C. Landmark included in a designated historic district or is designated a historic property? | ☐ Yes | ☐ No |
| | *If yes, please provide comments:* | | |
| | Has the property been cited for a violation of any historic preservation law or regulation during your ownership? | ☐ Yes | ☐ No |
| | *If yes, please provide comments:* | | |
| | Does the seller have actual knowledge if a facade easement or a conservation easement has been placed on the property? | ☐ Yes | ☐ No |
| | *If yes, please provide comments:* | | |
| | Does the seller have actual knowledge that the property has received a vacant or blighted building exemption? | ☐ Yes | ☐ No |
| | *If yes, please provide comments:* | | |

## Certification and Signature

The seller(s) certifies that the information in this statement is true and correct to the best of their knowledge as known on the date of signature.

*Marcus Sands*
**Seller's Signature**                                                   12/28/2023
**Actuarial Estate PLLC (Signor: Marcus Sands)**          **Date**

_____                          _____
**Seller's Signature**                                                   **Date**

Buyer(s) have read and acknowledge receipt of this statement and acknowledge that this statement is made based upon the seller's actual knowledge as of the above date. This disclosure is not a substitute for any inspections or warranties which the buyer(s) may wish to obtain. This disclosure is NOT a statement, representation, or warranty by any of the seller's agents or any sub-agents as to the presence or absence of any condition, defect or malfunction or as to the nature of any condition, defect or malfunction.

_____                          _____
**Buyer's Signature**                                                    **Date**

_____                          _____
**Buyer's Signature**                                                    **Date**

# IMPORTANT!

## Lead From Paint, Dust, and Soil in and Around Your Home Can Be Dangerous if Not Managed Properly

- Children under 6 years old are most at risk for lead poisoning in your home.

- Lead exposure can harm young children and babies even before they are born.

- Homes, schools, and child care facilities built before 1978 are likely to contain lead-based paint.

- Even children who seem healthy may have dangerous levels of lead in their bodies.

- Disturbing surfaces with lead-based paint or removing lead-based paint improperly can increase the danger to your family.

- People can get lead into their bodies by breathing or swallowing lead dust, or by eating soil or paint chips containing lead.

- People have many options for reducing lead hazards. Generally, lead-based paint that is in good condition is not a hazard (see page 10).







# Protect Your Family From Lead in Your Home


United States Environmental Protection Agency


United States Consumer Product Safety Commission


United States Department of Housing and Urban Development

March 2021

Thompson Premier Homes Group, 3926 12th Street NE Washington DC 20017        Phone: 2404801616        Fax:                1702 Brentwood
Eboneese Thompson                Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX  75201  www.lwolf.com

Authentisign ID: 6CBEABBE-23A1-EE11-8925-6045BDD68161

## Are You Planning to Buy or Rent a Home Built Before 1978?

Did you know that many homes built before 1978 have **lead-based paint**? Lead from paint, chips, and dust can pose serious health hazards.

**Read this entire brochure to learn:**

- How lead gets into the body
- How lead affects health
- What you can do to protect your family
- Where to go for more information

**Before renting or buying a pre-1978 home or apartment, federal law requires:**

- Sellers must disclose known information on lead-based paint or lead-based paint hazards before selling a house.
- Real estate sales contracts must include a specific warning statement about lead-based paint. Buyers have up to 10 days to check for lead.
- Landlords must disclose known information on lead-based paint or lead-based paint hazards before leases take effect. Leases must include a specific warning statement about lead-based paint.

**If undertaking renovations, repairs, or painting (RRP) projects in your pre-1978 home or apartment:**

- Read EPA's pamphlet, *The Lead-Safe Certified Guide to Renovate Right*, to learn about the lead-safe work practices that contractors are required to follow when working in your home (see page 12).



## Consumer Product Safety Commission (CPSC)

The CPSC protects the public against unreasonable risk of injury from consumer products through education, safety standards activities, and enforcement. Contact CPSC for further information regarding consumer product safety and regulations.

**CPSC**
4330 East West Highway
Bethesda, MD 20814-4421
1-800-638-2772
cpsc.gov or saferproducts.gov

## U. S. Department of Housing and Urban Development (HUD)

HUD's mission is to create strong, sustainable, inclusive communities and quality affordable homes for all. Contact HUD's Office of Healthy Homes and Lead Hazard Control for further information regarding the Lead Safe Housing Rule, which protects families in pre-1978 assisted housing, and for the lead hazard control and research grant programs.

**HUD**
451 Seventh Street, SW, Room 8236
Washington, DC 20410-3000
(202) 402-7698
hud.gov/lead/

This document is in the public domain. It may be produced by an individual or organization without permission. Information provided in this booklet is based upon current scientific and technical understanding of the issues presented and is reflective of the jurisdictional boundaries established by the statutes governing the co-authoring agencies. Following the advice given will not necessarily provide complete protection in all situations or against all health hazards that can be caused by lead exposure.

U. S. EPA Washington DC 20460
U. S. CPSC Bethesda MD 20814
U. S. HUD Washington DC 20410

EPA-747-K-12-001
March 2021

# U. S. Environmental Protection Agency (EPA) Regional Offices

## Simple Steps to Protect Your Family from Lead Hazards

The mission of EPA is to protect human health and the environment. Your Regional EPA Office can provide further information regarding regulations and lead protection programs.

**Region 1** (Connecticut, Massachusetts, Maine, New Hampshire, Rhode Island, Vermont)

Regional Lead Contact
U.S. EPA Region 1
5 Post Office Square, Suite 100, OES 05-4
Boston, MA 02109-3912
(888) 372-7341

**Region 2** (New Jersey, New York, Puerto Rico, Virgin Islands)

Regional Lead Contact
U.S. EPA Region 2
2890 Woodbridge Avenue
Building 205, Mail Stop 225
Edison, NJ 08837-3679
(732) 321-6671

**Region 3** (Delaware, Maryland, Pennsylvania, Virginia, DC, West Virginia)

Regional Lead Contact
U.S. EPA Region 3
1650 Arch Street
Philadelphia, PA 19103
(215) 814-2088

**Region 4** (Alabama, Florida, Georgia, Kentucky, Mississippi, North Carolina, South Carolina, Tennessee)

Regional Lead Contact
U.S. EPA Region 4
AFC Tower, 12th Floor, Air, Pesticides & Toxics
61 Forsyth Street, SW
Atlanta, GA 30303
(404) 562-8998

**Region 5** (Illinois, Indiana, Michigan, Minnesota, Ohio, Wisconsin)

Regional Lead Contact
U.S. EPA Region 5 (LL-17J)
77 West Jackson Boulevard
Chicago, IL 60604-3666
(312)353-3808

**Region 6** (Arkansas, Louisiana, New Mexico, Oklahoma, Texas, and 66 Tribes)

Regional Lead Contact
U.S. EPA Region 6
1445 Ross Avenue, 12th Floor
Dallas, TX 75202-2733
(214) 665-2704

**Region 7** (Iowa, Kansas, Missouri, Nebraska)

Regional Lead Contact
U.S. EPA Region 7
11201 Renner Blvd.
Lenexa, KS 66219
(800) 223-0425

**Region 8** (Colorado, Montana, North Dakota, South Dakota, Utah, Wyoming)

Regional Lead Contact
U.S. EPA Region 8
1595 Wynkoop St.
Denver, CO 80202
(303) 312-6966

**Region 9** (Arizona, California, Hawaii, Nevada)

Regional Lead Contact
U.S. EPA Region 9 (CMD-4-2)
75 Hawthorne Street
San Francisco, CA 94105
(415) 947-4280

**Region 10** (Alaska, Idaho, Oregon, Washington)

Regional Lead Contact
U.S. EPA Region 10 (20-C04)
Air and Toxics Enforcement Section
1200 Sixth Avenue, Suite 155
Seattle, WA 98101
(206) 553-1200

---

### If you think your home has lead-based paint:

- Don't try to remove lead-based paint yourself.
- Always keep painted surfaces in good condition to minimize deterioration.
- Get your home checked for lead hazards. Find a certified inspector or risk assessor at epa.gov/lead.
- Talk to your landlord about fixing surfaces with peeling or chipping paint.
- Regularly clean floors, window sills, and other surfaces.
- Take precautions to avoid exposure to lead dust when remodeling.
- When renovating, repairing, or painting, hire only EPA- or state-approved Lead-Safe certified renovation firms.
- Before buying, renting, or renovating your home, have it checked for lead-based paint.
- Consult your health care provider about testing your children for lead. Your pediatrician can check for lead with a simple blood test.
- Wash children's hands, bottles, pacifiers, and toys often.
- Make sure children eat healthy, low-fat foods high in iron calcium, and vitamin C. .
- Remove shoes or wipe soil off shoes before entering your house.

16

Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201   www.lwolf.com          **1702 Brentwood**

1

## Lead Gets into the Body in Many Ways

**Adults and children can get lead into their bodies if they:**

- Breathe in lead dust (especially during activities such as renovations, repairs, or painting that disturb painted surfaces).

- Swallow lead dust that has settled on food, food preparation surfaces, and other places.

- Eat paint chips or soil that contains lead.

**Lead is especially dangerous to children under the age of 6.**



- At this age, children's brains and nervous systems are more sensitive to the damaging effects of lead.

- Children's growing bodies absorb more lead.

- Babies and young children often put their hands and other objects in their mouths. These objects can have lead dust on them.

**Women of childbearing age should know that lead is dangerous to a developing fetus.**

- Women with a high lead level in their system before or during pregnancy risk exposing the fetus to lead through the placenta during fetal development.

## For More Information

**The National Lead Information Center**
Learn how to protect children from lead poisoning and get other information about lead hazards on the Web at epa.gov/lead and hud.gov/lead, or call **1-800-424-LEAD (5323)**.

**EPA's Safe Drinking Water Hotline**
For information about lead in drinking water, call **1-800-426-4791**, or visit epa.gov/lead for information about lead in drinking water.

**Consumer Product Safety Commission (CPSC) Hotline**
For information on lead in toys and other consumer products, or to report an unsafe consumer product or a product-related injury, call **1-800-638-2772**, or visit CPSC's website at cpsc.gov or saferproducts.gov.

**State and Local Health and Environmental Agencies**
Some states, tribes, and cities have their own rules related to lead-based paint. Check with your local agency to see which laws apply to you. Most agencies can also provide information on finding a lead abatement firm in your area, and on possible sources of financial aid for reducing lead hazards. Receive up-to-date address and phone information for your state or local contacts on the Web at epa.gov/lead, or contact the National Lead Information Center at **1-800-424-LEAD**.

> Hearing- or speech-challenged individuals may access any of the phone numbers in this brochure through TTY by calling the toll-free Federal Relay Service at **1-800-877-8339**.

Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX  75201   www.lwolf.com          **1702 Brentwood**

Authentisign ID: 6CBEABBE-23A1-EE11-8925-6045BDD68161

- **Lead smelters** or other industries that release lead into the air.

- **Your job.** If you work with lead, you could bring it home on your body or clothes. Shower and change clothes before coming home. Launder your work clothes separately from the rest of your family's clothes.

- **Hobbies** that use lead, such as making pottery or stained glass, or refinishing furniture. Call your local health department for information about hobbies that may use lead.

- Old **toys** and **furniture** may have been painted with lead-containing paint. Older toys and other children's products may have parts that contain lead.*

- Food and liquids cooked or stored in **lead crystal** or **lead-glazed pottery or porcelain** may contain lead.

- Folk remedies, such as "**greta**" and "**azarcon**," used to treat an upset stomach.

**Lead affects the body in many ways.** It is important to know that even exposure to low levels of lead can severely harm children.

**In children, exposure to lead can cause:**

- Nervous system and kidney damage

- Learning disabilities, attention deficit disorder, and decreased intelligence

- Speech, language, and behavior problems

- Poor muscle coordination

- Decreased muscle and bone growth

- Hearing damage

While low-lead exposure is most common, exposure to high amounts of lead can have devastating effects on children, including seizures, unconsciousness, and in some cases, death.

Although children are especially susceptible to lead exposure, lead can be dangerous for adults, too.

**In adults, exposure to lead can cause:**

- Harm to a developing fetus

- Increased chance of high blood pressure during pregnancy

- Fertility problems (in men and women)

- High blood pressure

- Digestive problems

- Nerve disorders

- Memory and concentration problems

- Muscle and joint pain

---

[4] In 1978, the federal government banned toys, other children's products, and furniture with lead-containing paint. In 2008, the federal government banned lead in most children's products. The federal government currently bans lead in excess of 100 ppm by weight in most children's products.

Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201  www.lwolf.com        **1702 Brentwood**

3

Authentisign ID: 6CBEABBE-23A1-EE11-8925-6045BDD68161

**Get your children and home tested if you think your home has lead.**

Children's blood lead levels tend to increase rapidly from 6 to 12 months of age, and tend to peak at 18 to 24 months of age.

Consult your doctor for advice on testing your children. A simple blood test can detect lead. Blood lead tests are usually recommended for:

- Children at ages 1 and 2
- Children or other family members who have been exposed to high levels of lead
- Children who should be tested under your state or local health screening plan

**Your doctor can explain what the test results mean and if more testing will be needed.**

### Lead in Drinking Water

The most common sources of lead in drinking water are lead pipes, faucets, and fixtures.

Lead pipes are more likely to be found in older cities and homes built before 1986.

You can't smell or taste lead in drinking water.

To find out for certain if you have lead in drinking water, have your water tested.

Remember older homes with a private well can also have plumbing materials that contain lead.

**Important Step You Can Take to Reduce Lead in Drinking Water**

- Use only cold water for drinking, cooking and making baby formula. Remember, boiling water does not remove lead from water.
- Before drinking, flush your home's pipes by running the tap, taking a shower, doing laundry, or doing a load of dishes.
- Regularly clean your faucet's screen (also known as an aerator).
- If you use a filter certified to remove lead, don't forget to read the directions to learn when to change the cartridge. Using a filter after it has expired can make it less effective at removing lead.

Contact your water company to determine if the pipe that connects your home to the water main (called a service line) is made from lead. Your area's water company can also provide information about the lead levels in your system's drinking water.

For more information about lead in drinking water, please contact EPA's Safe Drinking Water Hotline at 1-800-426-4791. If you have other questions about lead poisoning prevention, call 1-800 424-LEAD.*

Call your local health department or water company to find out about testing your water, or visit epa.gov/safewater for EPA's lead in drinking water information. Some states or utilities offer programs to pay for water testing for residents. Contact your state or local water company to learn more.

_____
* Hearing- or speech- challenged individuals may access this number through TTY by calling the Federal Relay Service at 1-800-877-8339.

Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201    www.lwolf.com          **1702 Brentwood**

Authentisign ID: 6CBEABBE-23A1-EE11-8925-6045BDD68161

# Renovating, Repairing, or Painting with Lead-Based Paint

**If you hire a contractor to conduct renovation, repair, or painting (RRP) projects in your pre-1978 home or childcare facility (such as pre-school and kindergarten), your contractor must:**

- Be a Lead-Safe Certified firm approved by EPA or an EPA-authorized state program

- Use qualified trained individuals (Lead-Safe Certified renovators) who follow specific lead-safe work practices to prevent lead contamination

- Provide a copy of EPA's lead hazard information document, *The Lead-Safe Certified Guide to Renovate Right*



**RRP contractors working in pre-1978 homes and childcare facilities must follow lead-safe work practices that:**

- **Contain the work area.** The area must be contained so that dust and debris do not escape from the work area. Warning signs must be put up, and plastic or other impermeable material and tape must be used.

- **Avoid renovation methods that generate large amounts of lead-contaminated dust.** Some methods generate so much lead-contaminated dust that their use is prohibited. They are:

  - Open-flame burning or torching

  - Sanding, grinding, planing, needle gunning, or blasting with power tools and equipment not equipped with a shroud and HEPA vacuum attachment and

  - Using a heat gun at temperatures greater than 1100°F

- **Clean up thoroughly.** The work area should be cleaned up daily. When all the work is done, the area must be cleaned up using special cleaning methods.

- **Dispose of waste properly.** Collect and seal waste in a heavy duty bag or sheeting. When transported, ensure that waste is contained to prevent release of dust and debris.

To learn more about EPA's requirements for RRP projects, visit epa.gov/getleadsafe, or read The *Lead-Safe Certified Guide to Renovate Right.*

# Where Lead-Based Paint Is Found

In general, the older your home or childcare facility, the more likely it has lead-based paint.[1]

**Many homes, including private, federally-assisted, federally-owned housing, and childcare facilities built before 1978 have lead-based paint.** In 1978, the federal government banned consumer uses of lead-containing paint.[2]

Learn how to determine if paint is lead-based paint on page 7.

**Lead can be found:**

- In homes and childcare facilities in the city, country, or suburbs,

- In private and public single-family homes and apartments,

- On surfaces inside and outside of the house, and

- In soil around a home. (Soil can pick up lead from exterior paint or other sources, such as past use of leaded gas in cars.)

Learn more about where lead is found at epa.gov/lead.

---

[1] "Lead-based paint" is currently defined by the federal government as paint with lead levels greater than or equal to 1.0 milligram per square centimeter (mg/cm), or more than 0.5% by weight.

[2] "Lead-containing paint" is currently defined by the federal government as lead in new dried paint in excess of 90 parts per million (ppm) by weight.

12

5

Authentisign ID: 6CBEABBE-23A1-EE11-8925-6045BDD68161

## Identifying Lead-Based Paint Hazards

**Deteriorating lead-based paint (peeling, chipping, chalking, cracking, or damaged paint)** is a hazard and needs immediate attention. **Lead-based paint** may also be a hazard when found on surfaces that children can chew or that get a lot of wear and tear, such as:

- On windows and window sills
- Doors and door frames
- Stairs, railings, banisters, and porches

**Lead-based paint is usually not a hazard if it is in good condition** and if it is not on an impact or friction surface like a window.

**Lead dust** can form when lead-based paint is scraped, sanded, or heated. Lead dust also forms when painted surfaces containing lead bump or rub together. Lead paint chips and dust can get on surfaces and objects that people touch. Settled lead dust can reenter the air when the home is vacuumed or swept, or when people walk through it. EPA currently defines the following levels of lead in dust as hazardous:

- 10 micrograms per square foot ($\mu g/ft^2$) and higher for floors, including carpeted floors
- 100 $\mu g/ft^2$ and higher for interior window sills

**Lead in soil** can be a hazard when children play in bare soil or when people bring soil into the house on their shoes. EPA currently defines the following levels of lead in soil as hazardous:

- 400 parts per million (ppm) and higher in play areas of bare soil
- 1,200 ppm (average) and higher in bare soil in the remainder of the yard

**Remember, lead from paint chips—which you can see—and lead dust—which you may not be able to see—both can be hazards.**

The only way to find out if paint, dust, or soil lead hazards exist is to test for them. The next page describes how to do this.

6

## Reducing Lead Hazards, continued

**If your home has had lead abatement work done** or if the housing is receiving federal assistance, once the work is completed, dust cleanup activities must be conducted until clearance testing indicates that lead dust levels are below the following levels:

- 10 micrograms per square foot ($\mu g/ft^2$) for floors, including carpeted floors
- 100 $\mu g/ft^2$ for interior windows sills
- 400 $\mu g/ft^2$ for window troughs

**Abatements are designed to permanently eliminate lead-based paint hazards.** However, lead dust can be reintroduced into an abated area.
- Use a HEPA vacuum on all furniture and other items returned to the area, to reduce the potential for reintroducing lead dust.
- Regularly clean floors, window sills, troughs, and other hard surfaces with a damp cloth or sponge and a general all-purpose cleaner.

Please see page 9 for more information on steps you can take to protect your home after the abatement. For help in locating certified lead abatement professionals in your area, call your state or local agency (see pages 15 and 16), epa.gov/lead, or call 1-800-424-LEAD.

11

Authentisign ID: 6CBEABBE-23A1-EE11-8925-6045BDD68161



**Disturbing lead-based paint or removing lead improperly can increase the hazard to your family by spreading even more lead dust around the house.**

- In addition to day-to-day cleaning and good nutrition, you can **temporarily** reduce lead-based paint hazards by taking actions, such as repairing damaged painted surfaces and planting grass to cover lead-contaminated soil. These actions are not permanent solutions and will need ongoing attention.

- You can minimize exposure to lead when renovating, repairing, or painting by hiring an EPA- or state-certified renovator who is trained in the use of lead-safe work practices. If you are a do-it-yourselfer, learn how to use lead-safe work practices in your home.

- To remove lead hazards permanently, you should hire a certified lead abatement contractor. Abatement (or permanent hazard elimination) methods include removing, sealing, or enclosing lead-based paint with special materials. Just painting over the hazard with regular paint is not permanent control.

**Always use a certified contractor who is trained to address lead hazards safely.**

- Hire a Lead-Safe Certified firm (see page 12) to perform renovation, repair, or painting (RRP) projects that disturb painted surfaces.

- To correct lead hazards permanently, hire a certified lead abatement professional. This will ensure your contractor knows how to work safely and has the proper equipment to clean up thoroughly.

  Certified contractors will employ qualified workers and follow strict safety rules as set by their state or by the federal government.

You can get your home tested for lead in several different ways:

- A lead-based paint **inspection** tells you if your home has lead-based paint and where it is located. It won't tell you whether your home currently has lead hazards. A trained and certified testing professional, called a lead-based paint inspector, will conduct a paint inspection using methods, such as:

  - Portable x-ray fluorescence (XRF) machine

  - Lab tests of paint samples

- A risk **assessment** tells you if your home currently has any lead hazards from lead in paint, dust, or soil. It also tells you what actions to take to address any hazards. A trained and certified testing professional, called a risk assessor, will:

  - Sample paint that is deteriorated on doors, windows, floors, stairs, and walls

  - Sample dust near painted surfaces and sample bare soil in the yard

  - Get lab tests of paint, dust, and soil samples

- A combination inspection and risk assessment tells you if your home has any lead-based paint and if your home has any lead hazards, and where both are located.

Be sure to read the report provided to you after your inspection or risk assessment is completed, and ask questions about anything you do not understand.

Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX  75201   www.lwolf.com          **1702 Brentwood**

**Checking Your Home for Lead in Paint** ... **What You Can Do Now to Protect Your Family**

In preparing for renovation, repair, or painting work in a pre-1978 home, Lead-Safe Certified renovators (see page 12) may:

- Take paint chip samples to determine if lead-based paint is present in the area planned for renovation and send them to an EPA-recognized lead lab for analysis. In housing receiving federal assistance, the person collecting these samples must be a certified lead-based paint inspector or risk assessor

- Use EPA-recognized tests kits to determine if lead-based paint is absent (but not in housing receiving federal assistance)

- Presume that lead-based paint is present and use lead-safe work practices

There are state and federal programs in place to ensure that testing is done safely, reliably, and effectively. Contact your state or local agency for more information, visit epa.gov/lead, or call **1-800-424-LEAD (5323)** for a list of contacts in your area.[3]

**If you suspect that your house has lead-based paint hazards, you can take some immediate steps to reduce your family's risk:**

- If you rent, notify your landlord of peeling or chipping paint.

- Keep painted surfaces clean and free of dust. Clean floors, window frames, window sills, and other surfaces weekly. Use a mop or sponge with warm water and a general all-purpose cleaner. (Remember: never mix ammonia and bleach products together because they can form a dangerous gas.)

- Carefully clean up paint chips immediately without creating dust.

- Thoroughly rinse sponges and mop heads often during cleaning of dirty or dusty areas, and again afterward.

- Wash your hands and your children's hands often, especially before they eat and before nap time and bed time.

- Keep play areas clean. Wash bottles, pacifiers, toys, and stuffed animals regularly.

- Keep children from chewing window sills or other painted surfaces, or eating soil.

- When renovating, repairing, or painting, hire only EPA- or state-approved Lead-Safe Certified renovation firms (see page 12).

- Clean or remove shoes before entering your home to avoid tracking in lead from soil.

- Make sure children eat nutritious, low-fat meals high in iron, and calcium, such as spinach and dairy products. Children with good diets absorb less lead.

---

[3] Hearing- or speech-challenged individuals may access this number through TTY by calling the Federal Relay Service at 1-800-877-8339.

Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX  75201   www.lwolf.com          **1702 Brentwood**



 

REALTOR®    EQUAL HOUSING OPPORTUNITY

# Lead Paint -Federal Disclosure of Lead-Based Paint and Lead-Based Paint Hazards for SALES
### *(Required for the SALE of all properties in the U.S. with any existing part built prior to 1978)*

**PROPERTY ADDRESS: 1702 Brentwood Rd Ne, Washington, Dc 20018**

☐ There are parts of the property that still exist that were built prior to 1978 **OR** ☐ **No parts of the property** were built prior to 1978 **OR**
☒ **Construction dates are unknown. If any part of the property was constructed prior to 1978 or if construction dates are unknown, this disclosure is required. If the entire property was built in 1978 or later, this disclosure is not required.**

**LEAD WARNING STATEMENT FOR BUYERS:** Every purchaser of any interest in residential real property on which a residential dwelling was built prior to 1978 is notified that such property may present exposure to lead from lead-based paint that may place young children at risk of developing lead poisoning. Lead poisoning in young children may produce permanent neurological damage, including learning disabilities, reduced intelligence quotient, behavioral problems, and impaired memory. Lead poisoning also poses a particular risk to pregnant women. The seller of any interest in residential real property is required to provide the buyer with any information on lead-based paint hazards from risk assessments or inspections in the seller's possession and notify the buyer of any known lead-based paint hazards. A risk assessment or inspection for possible lead-based paint hazards is recommended prior to purchase.

**SELLER'S DISCLOSURE:**

**(A) Presence of lead-based paint and/or lead-based paint hazards**

☐   **Known lead-based paint and/or lead-based paint hazards** are present in the housing (explain): _____ **OR**

☒   Seller has **no knowledge of lead-based paint and/or lead-based paint hazards** in the housing.

**(B) Records and reports available to the Seller:**

☐   Seller **has provided Buyer with all available records** and reports pertaining to lead-based paint and/or lead-based paint hazards in the housing (list documents below): _____ **OR**

☒   Seller has **no reports or records** pertaining to lead - based paint and/or lead-based paint hazards in the housing.

**BUYER'S ACKNOWLEDGMENT:**
*(Buyer to initial all lines as appropriate)*

(C) _____ / _____ Buyer has **read the Lead Warning Statement** above.

(D) _____ / _____ Buyer has **read Paragraph B** and acknowledges **receipt of copies of any information** listed therein, if any.

(E) _____ / _____ Buyer has **received the pamphlet** Protect Your Family From Lead in Your Home *(required)*.

(F) _____ / _____ Buyer has (check one below):

☐   Received a 10-day opportunity (or mutually agreed upon period) to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based paint hazards; **OR**

☐   Waived the opportunity to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based paint hazards.

**AGENT'S ACKNOWLEDGMENT:** *(Agent to initial)*

(G) [ET]    Agent has informed the Seller of the Seller's obligations under 42 U.S.C. 4852d and is aware of his/her responsibility to ensure compliance.

**CERTIFICATION OF ACCURACY:** The following parties have reviewed the information above and certify, to the best of their knowledge, that the information provided by the signatory is true and accurate.

*Marcus Sands*       12/28/2023
_____
Seller      Date
**Actuarial Estate PLLC (Signor: Marcus Sands)**

_____
Buyer      Date

_____
Seller      Date

_____
Buyer      Date

*Eboneese Thompson*       12/23/2023
_____
Agent for Seller, if any      Date
**Eboneese Thompson**

_____
Agent for Buyer, if any      Date

GCAAR # 907A: Federal Lead      2016, The Greater Capital Area Association of REALTORS®, Inc.      2/2016
Paint Sales Disclosure -MC &    This Recommended Form is the property of the Greater Capital Area Association of REALTORS®, Inc.
DC      and is for use by REALTOR members only. Previous editions of this Form should be destroyed.

Thompson Premier Homes Group, 3926 12th Street NE Washington DC 20017     Phone: 2404801616     Fax:     1702 Brentwood Road
Eboneese Thompson     Produced with Lone Wolf Transactions (zipForm Edition) 231 Shearson Cr. Cambridge, Ontario, Canada N1T 1J5    www.lwolf.com

 

# GCAAR
GREATER CAPITAL AREA ASSOCIATION OF REALTORS®

## Inclusions/Exclusions Disclosure and Addendum
*(Required for use with GCAAR Listing Agreement & Sales Contract)*

**PROPERTY ADDRESS: 1702 Brentwood Rd Ne, Washington, Dc 20018**

**PERSONAL PROPERTY AND FIXTURES:** The Property includes the following personal property and fixtures, if existing: built-in heating and central air conditioning equipment, plumbing and lighting fixtures, sump pump, attic and exhaust fans, storm windows, storm doors, screens, installed wall-to-wall carpeting, central vacuum system (with all hoses and attachments); shutters; window shades, blinds, window treatment hardware, mounting brackets for electronics components, smoke, carbon monoxide, and heat detectors; TV antennas; exterior trees and shrubs; and awnings. Unless otherwise agreed to herein, all surface or wall mounted electronic components/devices **DO NOT CONVEY. The items checked below convey.** If more than one of an item conveys, the number of items is noted in the blank.

**KITCHEN APPLIANCES**
- Stove/Range
- Cooktop
- Wall Oven
- Microwave
- Refrigerator
- w/ Ice Maker
- Wine Refrigerator
- Dishwasher
- Disposer
- Separate Ice Maker
- Separate Freezer
- Trash Compactor

**LAUNDRY**
- Washer
- Dryer

**ELECTRONICS**
- Security Cameras
- Alarm System
- Intercom
- Satellite Dishes
- Video Doorbell

**LIVING AREAS**
- Fireplace Screen/Door
- Gas Log
- Ceiling Fans
- Window Fans
- Window Treatments

**WATER/HVAC**
- Water Softener/Conditioner
- Electronic Air Filter
- Furnace Humidifier
- Window A/C Units

**RECREATION**
- Hot Tub/Spa, Equipment, & Cover
- Pool Equipment & Cover
- Sauna
- Playground Equipment

**OTHER**
- Storage Shed
- Garage Door Opener
- Garage Door Remote/Fob
- Back-up Generator
- Radon Remediation System
- Solar Panels *(must include Solar Panel Seller Disclosure/Resale Addendum)*
- _____
- _____

**THE FOLLOWING ITEMS WILL BE REMOVED AND NOT REPLACED:** _____

_____

**LEASED ITEMS, LEASED SYSTEMS & SERVICE CONTRACTS:** Leased items/systems or service contracts, including but not limited to: appliances, fuel tanks, water treatment systems, lawn contracts, pest control contracts, security system and/or monitoring, and satellite contracts **DO NOT CONVEY** unless disclosed here: _____

**CERTIFICATION:** Seller certifies that Seller has completed this checklist disclosing what conveys with the Property.

*Marcus Sands*                    12/28/2023    _____
Seller **Actuarial Estate PLLC (Signor: Marcus Sands)**    Date    Seller                    Date

**ACKNOWLEDGEMENT AND INCORPORATION INTO CONTRACT:** *(Completed only after presentation to the Buyer)*
The Contract of Sale dated _____ between Seller **Actuarial Estate PLLC (Signor: Marcus Sands)**
_____ and Buyer _____
_____ for the Property referenced above is hereby amended by the incorporation of this Addendum.

_____    _____    _____    _____
Seller *(sign only after Buyer)*    Date    Buyer    Date

_____    _____    _____    _____
Seller *(sign only after Buyer)*    Date    Buyer    Date

©2020, The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of the Greater Capital Area Association of REALTORS®, Inc. and is for use by REALTOR® members only.
Previous editions of this form should be destroyed.

Thompson Premier Homes Group, 3926 12th Street NE Washington DC 20017    Phone: 2404801616    Fax:    1702 Brentwood
Eboneese Thompson    Produced with Lone Wolf Transactions (zipForm Edition) 231 Shearson Cr. Cambridge, Ontario, Canada N1T 1J5    www.lwolf.com

Authentisign ID: 6CBEABBE-21A5E1244200059-ELG Doc 9-1 Filed 03/07/24 Entered 03/07/24 15:25:04 Desc
Exhibit    Page 28 of 32



---

### THIS NOTICE IS REQUIRED BY LAW AND IS NOT A CONTRACT.

### THIS DISCLOSURE DOES NOT CREATE A BROKERAGE RELATIONSHIP.

---

# Disclosure of Brokerage Relationship
# District of Columbia

Prior to providing specific real estate assistance, District of Columbia law requires that a licensee disclose to any party who the licensee does NOT represent the identity of the party to the proposed transaction which the licensee does represent. Even though a licensee may not represent you, that licensee must still treat you honestly in the transaction.

We, the undersigned ☐ Buyer(s)/Tenant(s) or ☒ Seller(s)/Landlord(s) acknowledge receipt of this Disclosure, and understand we are **NOT** represented by the licensee identified below.

| **Eboneese Thompson BR40000224** | and | **Thompson Premier Homes Group** |
|---|---|---|
| (Licensee & License #) | | (Brokerage Firm) |

The licensee and brokerage firm named above represent the following party in the real estate transaction:

☒ **Seller(s)/Landlord(s)** (The licensee has entered into a written listing agreement with the seller(s) or landlord(s) or is acting as a sub-agent of the listing broker.)

☐ **Buyer(s)/Tenant(s)** (The licensee has entered into a written agency agreement with the buyer/tenant.)

☐ **Designated Agent of the** ☐ **Buyer(s)/Tenant(s) or** ☐ **Seller(s)/Landlord(s)**
(Both the buyers and sellers have previously consented to "Designated Agency", and the licensee listed above is indicating the parties represented.

*Marcus Sands*                                               12/28/23

Acknowledged                                                     Date
**Actuarial Estate PLLC (Signor: Marcus Sands)**


Acknowledged                                                     Date

---

Name of Person(s): **Eboneese Thompson**
I certify on this date that I, the real estate agent, have delivered a copy of this disclosure to the person(s) identified above.

*Eboneese Thompson*                                      12/23/23

Signed (Licensee)                                                Date
**Eboneese Thompson**

Previous editions of this form should be destroyed.

GCAAR Form # 1002-DC - Disclosure of Brokerage Relationship          Page 1 of 1                    10/2011
(formerly form #143)

Thompson Premier Homes Group, 3926 12th Street NE Washington DC 20017          Phone: 2404801616     Fax:          1702 Brentwood
Eboneese Thompson                    Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

# LEAD-BASED PAINT DISCLOSURE FORM
## FOR DC REAL ESTATE SALES

 

**Purpose:** Inform potential homebuyers of the presence of lead-based paint and related hazards at this property.

**This form is required for properties built before 1978.** This form must be used in addition to the Federal Lead Disclosure form because the DC Law provides additional protections for the purchaser.

- Housing built before 1978 is presumed to contain lead-based paint.
- Lead from paint, paint chips, and dust may pose health hazards if not managed properly. Lead exposure is especially harmful to young children and pregnant women.
- Lead poisoning in young children may produce permanent neurological damage, learning disabilities, reduced intelligence quotient, behavioral problems, and impaired memory.
- Lead poisoning poses a particular risk to developing fetuses and pregnant women.
  DC Law requires the buyer to have this information **before** they decide to rent or purchase the property.

**Are you a POTENTIAL BUYER?**
*Review this page carefully before following instructions on page two.*

**Are you a PROPERTY OWNER?**
*You will need the following information to complete this form:*

- Copies of any lead-based paint, assessments, or surveys related to the property.
- The latest version of the EPA Protect Your Family From Lead in Your Home pamphlet.
- Knowledge about lead-contaminated dust/soil and condition of the paint on the property.
- Knowledge about any lead-related legal actions taken against the property.

**Property owners and managers: keep the signed original of this form on record for at least 6 years from the date of the most recent signature**, as you may be audited by the DC Department of Energy and Environment.

**What to look for inside the property or in the property's common areas:**

- Peeling, chipping, chalking, cracking, or damaged paint.
- Lead-based paint on windows, doors, stairs, railings, banisters, porches, or other high-wear surfaces that children might chew.
- Lead that is present in bare soil.
- Lead dust that forms when lead-based paint is scraped, sanded, or heated, or when painted surfaces with lead in them bump or rub together.
- Surfaces with lead paint chips/dust, or settled dust that reenters the air through vacuuming or sweeping.

For more information see The District of Columbia Lead-Hazard Prevention and Elimination Act of 2008, D.C. Official Code § 8-231.01 et seq., and the Federal Lead Warning Statement, 24 CFR Part 35 and 745. Housing built before 1978 may contain lead-based paint. Lead from paint, paint chips, and dust can pose health hazards if not managed properly. Lead exposure is especially harmful to young children and pregnant women. Before renting pre-1978 housing, lessors must disclose the presence of known lead-based paint and/or lead-based paint hazards in the dwelling. Lessees must also receive a federally approved pamphlet on lead poisoning prevention. http://bit.ly/federallead.

If you need help in your language, please call 202-535-2600. | በአማርኛ እርዳታ ከፈለጉ በ 202-535-2600 ይደውሉ፦ | Si necesita ayuda en Español, por favor llame al 202-535-2600. | Si vous avez besoin d'aide en Français appelez-le 202-535-2600. | 如果您需要中文服務，請致電 202-535-2600 | 한국어로 도움이 필요합니까? 무료 한국어통역: 202-535-2600 | Nếu quý vị cần giúp đỡ bằng tiếng Việt, xin gọi 202-535-2600.

| IF YOU ARE: | YOU NEED TO: |
|---|---|
| The property owner | ■ Complete Sections A and B.<br>■ Provide a copy to the buyer. |
| The potential buyer | ■ Carefully review Section B.<br>■ Sign Section C. |



Thompson Premier Homes Group, 3926 12th Street NE Washington DC 20017                                    Phone: 2404801616            Fax:                    1702 Brentwood
Eboneese Thompson                              Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201  www.lwolf.com

## SECTION A: PROPERTY OWNER'S SIGNATURE

| Property Address: **1702 Brentwood Rd Ne** | Unit: | Washington, DC | Zip: **20018** |
|---|---|---|---|

I am the owner of this property and will truthfully give the answers to the following questions about lead-based paint/hazards in or around this property, and lead reports.

| Owner Name: **Actuarial Estate PLLC (Signor: Marcus Sands)** | Signature: *Marcus Sands*     12/28/23 |
|---|---|
| Owner Name: | Signature: |

## SECTION B: INFORMATION ABOUT LEAD-BASED PAINT IN THIS PROPERTY

**Lead-based paint is assumed to be present in properties built before 1978. To the best of your knowledge, is there lead-based paint inside or around the property, including common area(s)?**

[ ]  Yes, in the following location(s):  _____
_____

[X]  No, I am not aware of any lead-based paint, but because the property was built before 1978 it is assumed to be present.

**To the best of your knowledge, is there peeling or chipping paint, lead-contaminated dust/soil, or other lead-based paint hazards inside or around the property?**

[X]  No     [ ]  Yes, in the following locations(s):  _____
*For more space attach a summary*  _____

**Does DC Government have any pending actions related to lead-based paint for this property?**
*Check all that apply*

[ ] A notice of violation
[ ] A notice of lead-based paint hazards
[ ] An administrative order to eliminate lead-based paint hazards
[ ] Other notices or orders related to lead-based paint.  **Please list:**  _____
[X] There are no pending actions related to lead-based paint at this property.

**Are there any reports or documents about lead-based paint or lead-based paint hazards at this property (including in bare soil and sheds, garages, common area(s) or other appurtenances)?**
*This includes reports or documents provided to you by a previous or current owner, tenant, property manager, DC Government agency, or contractor.*

[X] No   [ ] Yes **and** I understand I must provide a copy of those documents to the buyer if they ask.

## SECTION C: BUYER'S ACKNOWLEDGEMENT

**I was provided this form and the *Protect Your Family from Lead in Your Home* pamphlet <u>before</u> I signed a lease or purchase agreement.**
[ ] Yes [ ] No, I have already signed a lease or purchase agreement.

**I understand I have the right to ask the owner or manager for any reports or documents about lead-based paint or lead-based paint hazards at this property (including on bare soil and sheds, garages, or other appurtenances) .**

| Name: | Signature: | Date: |
|---|---|---|
| Name: | Signature: | Date: |



Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201  www.lwolf.com          1702 Brentwood

 

REALTOR®   EQUAL HOUSING OPPORTUNITY

## Consent for Dual Representation and Designated Representation in the District of Columbia
(To be attached to all listing agreements and buyer or tenant brokerage agreements
for transactions in the District of Columbia.)

**"Designated Representation"** occurs when the Seller or Landlord has entered into a listing agreement with a licensee and the Buyer **or Tenant has entered into a buyer brokerage agreement with a different licensee affiliated with the same firm. Each of the licensees, known as Designated Representatives, represents fully the interest of his/her individual clients. The Supervising Broker is a Dual Representative of both the Buyer and Seller, and must not disclose information obtained in confidence to other parties in the transaction.**

If the Seller or Landlord does not consent to Designated Representation, the property may not be shown by any licensees affiliated with the brokerage firm that have entered into a representation agreement with a prospective Buyer or Tenant.
If the Buyer or Tenant does not consent to Designated Agency, the Buyer or Tenant may not be shown any properties listed by other licensees affiliated with the brokerage firm.
Prior to entering into a contract in which the buyer and seller are represented by Designated Representatives, the relationship of both Designated Agents must be disclosed/confirmed in writing.

**"Dual Representation"** occurs when Seller or Landlord has entered into a listing agreement with a licensee and the Buyer or Tenant **has entered into a buyer brokerage agreement with the same licensee. When the parties agree to dual representation, the ability of the licensee and the brokerage firm to represent either party fully and exclusively is limited. The confidentiality of all clients shall be maintained.**

If the Seller or Landlord does not consent to Dual Representation, the property may not be shown by the licensee to any prospective Buyers or Tenants that have entered into a buyer brokerage agreement with the licensee.
If the Buyer or Tenant does not consent to Dual Agency, the licensee may not show any properties listed by the licensee.
Prior to entering into a contract in which the buyer and seller are represented by Dual Agency, this relationship must be disclosed/confirmed in writing.

---

☐ I (We) consent to Designated Representation, acknowledging the broker/firm _____
may represent both the seller(s) and buyer(s) or landlords and tenants, and the sales associate, _____
license # _____ as the Designated Representative for the party indicated below:

    ☐ Seller(s)   or   ☐ Buyers(s)

    ☐ Landlord(s)   or   ☐ Tenant(s)

☐ I (We) do not consent to **Designated Representation**

☒ I (We) consent to **Dual Representation**, acknowledging the broker/firm      **Thompson Premier Homes Group**      ,
and the sales associate,      **Eboneese Thompson**      , license #      **BR40000224**      may represent both
the seller(s) and buyer(s) (or landlord(s) and tenant(s)), as the **Dual Representatives** for the both parties indicated below:

    ☒ Sellers(s) and Buyer(s)

    ☐ Landlord(s) and Tenant(s)

☐ I (We) do not consent to **Dual Representation**

*Marcus Sands*                                                    12/28/23

Signed   **Actuarial Estate PLLC (Signor: Marcus Sands)**                      Date

_____
Signed                                                           Date

---

©2011, The Greater Capital Area Association of REALTORS®, Inc.
This recommended form is the property of The Greater Capital Area Association of REALTORS®, Inc. and is for use by members only.
Previous editions of this form should be destroyed.

Thompson Premier Homes Group, 3926 12th Street NE Washington DC 20017                      Phone: 2404801616          Fax:                  1702 Brentwood
Eboneese Thompson                          Produced with zipForm® by zipLogix  18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com

**GCAAR**
GREATER CAPITAL AREA ASSOCIATION OF REALTORS®



REALTOR®    EQUAL HOUSING OPPORTUNITY

# General Addendum

The Contract of Sale dated _____

Address _____ **1702 Brentwood Rd Ne** _____

City _____ **Washington** _____, State _____ **Dc** _____, Zip _____ **20018** _____

Between Seller _____ **Actuarial Estate PLLC (Signor: Marcus Sands)** _____

and Buyer _____

is hereby amended by the incorporation of this Addendum, which shall supersede any provisions to the contrary in the Contract.

**Buyer understand and agree that this property is sold strictly "AS IS"**

**All other terms and agreements in this contract are to remain the same.**

_Authentisign_
_Marcus Sands_ _____ 12/28/2023 _____         _____
Seller                              Date         Buyer                    Date
**Actuarial Estate PLLC (Signor: Marcus Sands)**

_____         _____
Seller                              Date         Buyer                    Date

© 2010 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is property of the Greater Capital Area Association of REALTORS®, Inc. and is for use by members only.
Previous editions of this Form should be destroyed.

GCAAR #1320 -General Addendum - MC, DC                Page 1 of 1                          10/2010