| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00059-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Wed Mar  6 23:03:34 EST 2024 | Actuarial Estate, PLLC<br>5135 MacArthur Blvd.<br>Suite B<br>Washington, DC 20016-3315 | Child Support Services Division<br>Office of the Attorney General<br>Judiciary Square 441 4th Street, NW<br>5th Floor<br>Washington, DC 20001 |
| D.C. Office of Tax and Revenue<br>Bankruptcy Division<br>1101 4th Street SW<br>Washington, DC 20024-4457 | D.C. Unemploy. Comp. Board<br>6th and Penna. Ave., N.W.<br>Washington, DC 20001-2106 | DC Unemploy. Comp. Board<br>609 H St., NE<br>Room 3530367<br>Washington, DC 20002-7184 |
| District Unemployment Compensation Board<br>4058 Minnesota Ave., NE<br>4th Floor<br>Washington, DC 20019-3540 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Ofc of Corp. Counsel<br>1 Judiciary Sq.<br>441 4th St., N.W.<br>6th Fl. North, Ste 1060<br>Washington, DC 20001-2714 |
| Office of Attorney General<br>Tax, Bankruptcy, and Finance<br>One Judiciary Square<br>441 4th Street, NW<br>6th Floor<br>Washington, DC 20001-2714 | Secretary of the Treasury<br>15th and Pennsylvania Aveneu, NW<br>Washington, DC 20220-0001 | Securities and Exchange Commission<br>Atlanta Regional Office<br>Office of Reorganization<br>950 East Paces Ferry Road NE, Ste. 900<br>Atlanta, GA 30326-1382 |
| U.S. Attorney's Office<br>Civil Division<br>601 D Street, NW<br>Washington, DC 20530-0034 | U.S. Environmental Protection Agency<br>US EPA Region 3<br>Attn: Bettina Dunn, Paralegal Specialist<br>Office of Regional Counsel<br>1650 Arch Street (3RC60)<br>Philadelphia, PA 19103-2029 | WCP Fund I LLC<br>c/o Maurice B. VertSandig, Esq.<br>The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy<br>#665<br>Henderson, NV 89012-4422 |
| Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | American Express<br>P.O. Box 1270<br>Newark, NJ 07101-1270 | DC Office of Tax Revenue<br>1101 4th St SW<br>#270<br>Washington, DC 20024-4457 |
| DC Water and Sewer Authority<br>P.O. Box 97200<br>Washington, DC 20090-7200 | Drazin Pardo, LLC<br>Russell S. Drazin, Esquire<br>4400 Jenifer Street, NW<br>Suite 2<br>Washington, DC 20015-2089 | Freddie Benjamin<br>1759 Lang Place, NE<br>Washington, DC 20002-3025 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Services<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | PEPCO<br>P.O. Box 13608<br>Philadelphia, PA 19101-3608 |
| U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | WCP Fund  I, LLC<br>Washington Capital Fund<br>8401 Greensboro Drive<br>Suite 960<br>Mc Lean, VA 22102-5149 | WCP Fund I LLC<br>c/o The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, Nevada 89012-4422 |
| Washington Gas<br>6801 Industrial Rd.<br>Springfield, VA 22151-4205 | Carlyn Winter Prisk<br>US Environmental Protection Agency<br>Region III (3HS62)<br>1650 Arch St.<br>Philadelphia, PA 19103-2029 | William C. Johnson Jr.<br>The Johnson Law Group, LLC<br>6305 Ivy Lane,<br>Suite 630<br>20770<br>Greenbelt, MD 20770-1465 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Services
31 Hopkins Plaza
Baltimore, MD 21201

End of Label Matrix
Mailable recipients    29
Bypassed recipients     0
Total                  29