**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| IN RE: | * | |
|    Actuarial Estate, LLC | * | Case No. 24-00059 |
|       Debtor. | * | (Chapter 11) |
| _____ | * | |

**ORDER- DEBTOR'S OPPOSITION TO MOTION TO CONVERT OR DISMISS**

**UPON CONSIDERATION** of the Motion to Convert or Dismiss Chapter 11 case, and any opposition thereto, it is hereby;

**ORDERED**, the Motion to Convert or Dismiss Chapter 11 case is **DENIED**.

I ASK FOR THIS                                          SEEN

_____                    _____
The Johnson Law Group, LLC                     Office of the U.S. Trustee
William C. Johnson, Jr., Esq.                  Gerard Vetter
6305 Ivy Lane, Suite 630                       1725 Duke Street
Greenbelt, Maryland 20770                      Suite 650
Attorney for Debtor                            Alexandria, Virginia 22314

cc:

The Johnson Law Group, LLC
William C. Johnson, Jr., Esq.
6305 Ivy Lane, Suite 630
Greenbelt, Maryland 20770

Office of the U.S. Trustee
1725 Duke Street
Suite 630
Alexandria, VA 22314

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*

All creditors on Mailing Matrix

**End of Order**